FILED

2019 JUL -5 AM 11:46

CLERK U.S. DIST...
CENTRAL DIST...
LOS ANG...

BY: 

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S)

v.

Armen Sahakyan

DEFENDANT(S).

CASE NUMBER

19MJ02766

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: __Indictment__
in the __Eastern__ District of __Pennsylvania__ on __6/28/19__
at __12:18__ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __371, 1344, 1028(A), 1956, 2__
to wit: __Conspiracy, Bank Fraud, Agg ID Theft, Money laundering, Aiding & Abetting__

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __7/5/19__, by

_____ Deputy Clerk.

1181

Signature of Agent

Print Name of Agent: __Kevin Caranna__

Agency: __FBI__

Title: __Special Agent__

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT