FILED

2019 JUL -5 AM 11:46

CLERK U.S. DISTRICT
CENTRAL D...
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
| --- | --- |
| V. PLAINTIFF | 19MJ02766 |
| Armen Sahakyan | REPORT COMMENCING CRIMINAL ACTION |
| USMS#     DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 7/5/19  8:45  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   Title 18 371: Conspiracy; 18:1344 Bank Fraud, 18:1028A Agg ID theft, 18:1956(h) money laundering 18: Aiding & Abetting.

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1978

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Alexis Ochoa

10. Remarks (if any): _____

11. Name: Kevin Coranna (please print)

12. Office Phone Number: 310-909-9844

13. Agency: FBI

14. Signature: [signature]

15. Date: 7/5/19

CR-64 (05/18)     REPORT COMMENCING CRIMINAL ACTION