## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-<br>DATE FILED: June 27, 2019 |
| v. | : | VIOLATIONS: |
| HAMLET TANTUSHYAN | : | 18 U.S.C. § 371 (conspiracy - 1 count) |
| VREZH MOVSISYAN | | 18 U.S.C. § 1344 (bank fraud - 8 counts) |
| ROMAN GRIDJUSKO | : | 18 U.S.C. § 1029(a)(3) (possession of 15 or more |
| ARMEN SAHAKYAN | | unauthorized access devices - 1 count) |
| DAVIT DALDUMYAN | : | 18 U.S.C. § 1028A (aggravated identity |
| HRACHYA GYULUMYAN | | theft – 16 counts) |
| GEVUSH GABRIELYAN | : | 18 U.S.C. § 1956(h) (conspiracy to commit |
| | | money laundering - 1 count) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |
| | | Notices of forfeiture |

19 MJ02766

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. The following were financial institutions, the deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC") or the National Credit Union Share Insurance Fund ("NCUSIF"):

     a.   WSFS Bank ("WSFS"), FDIC No. 17838;

     b.   M&T Bank ("M&T"), FDIC No. 34069;

     c.   PNC Bank ("PNC"), FDIC No. 6384;

     d.   Wells Fargo Bank ("Wells Fargo"), FDIC No. 3511;

     e.   Diamond Credit Union ("Diamond CU"), NCUSIF, charter no. 68241

     f.   Vist Bank ("Vist"), FDIC No. 7748;

     g.   Fulton Bank ("Fulton"), FDIC No. 7551;

h.   Fifth Third Bank ("Fifth Third"), FDIC No. 6672;

i.   UMB Bank ("UMB"), FDIC No. 8273;

j.   Citizens Bank ("Citizens"), FDIC No. 57957;

k.   Community Powered Federal Credit Union ("CPFCU"), NCUSIF, charter no. 15185;

l.   Louviers Federal Credit Union ("Louviers FCU"), NCUSIF, charter no. 18765;

m.  Navy Federal Credit Union ("Navy FCU"), NCUSIF, charter no. 05536;

n.   Bellco Credit Union ("Bellco CU"), NCUSIF, charter no. 68437;

o.   Mutual Credit Union ("Mutual CU"), NCUSIF, charter no. 63584;

p.   Merck Sharp & Dohme Federal Credit Union ("MSD FCU"), NCUSIF, charter no. 06574;

q.   Riverfront Credit Union ("Riverfront CU"), 05856;

r.   BB&T Bank ("BB&T"), FDIC No. 34780;

s.   First National Bank ("First National"), FDIC No. 6811;

t.   Santander Bank ("Santander"), FDIC No. 29950;

u.   New Century Bank ("New Century"), FDIC No. 34444;

v.   Beneficial Mutual Savings Bank ("BMSB"), FDIC No. 15697;

w.  UMB Bank ("UMB"), FDIC No. 8273;

x.   Dexsta Federal Credit Union ("Dexsta FCU"), NCUSIF, charter no. 2187;

y.   TD Bank ("TD"), FDIC No. 18409;

z.   Bank of America ("BOA"), FDIC No. 25178

2. Between on or about September 12, 2016 and on or about February 8, 2017, in the Eastern District of Pennsylvania and elsewhere, defendants

**HAMLET TANTUSHYAN,
VREZH MOVSISYAN,
ROMAN GRIDJUSKO,
ARMEN SAHAKYAN,
DAVIT DALDUMYAN,
HRACHYA GYULUMYAN,
and
GEVUSH GABRIELYAN**

knowingly and willfully conspired and agreed together, with others known and unknown to the grand jury, to commit offenses against the United States, that is, to knowingly obtain money under the custody or control of a financial institution by means of false or fraudulent means, representations or promises, in violation of Title 18, United States Code, Section 1344, and to knowingly and without lawful authority use means of identification of other persons, during and in relation to bank fraud, in violation of Title 18, United States Code, Section 1028A(a)(1), (c)(4).

**MANNER AND MEANS**

3. It was part of the conspiracy that defendants HAMLET TANTUSHYAN, VREZH MOVSISYAN, ROMAN GRIDJUSKO, ARMEN SAHAKYAN,  DAVIT DALDUMYAN, HRACHYA GYULUMYAN and GEVUSH GABRIELYAN,  Viatcheslav Bazaev, charged elsewhere, Co-Conspirator 1, known to the grand jury, Emin Najaryan, charged elsewhere, and others, known and unknown to the grand jury: (a) obtained debit card account numbers and Personal Identification Numbers ("PINs") of victims from hidden, illegally installed devices which are designed to electronically capture this information after a debit card is swiped by an unknowing user at a gas station pump ("skimming devices"); (b) fraudulently encoded those stolen debit card numbers onto other access devices ("cloned cards"); (c) used those cloned cards

3

and PINs to make fraudulent ATM cash withdrawals from the victims' bank accounts and to make fraudulent purchases of United States Postal Money Orders ("PMOs"), , with proceeds from these fraudulent transactions exceeding $250,000; (d) deposited some of the cash from the fraudulent ATM withdrawals and some of the fraudulently purchased PMOs into the bank accounts of co-conspirators; and (e) then withdrew or transferred to other co-conspirators some of the funds deposited into those bank accounts.

4.  It was further part of the conspiracy that some fraudulently purchased PMOs were:

a.  made payable to, and deposited into, the following bank accounts:

(1)  BOA account, ending in 2475, in the name of defendant HAMLET TANTUSHYAN, opened and maintained in California;

(2)  BOA account, ending in 7514, in the name of defendant VREZH MOVSISYAN, opened and maintained in California;

(3)  Wells Fargo account, ending in 4625, in the name of defendant ROMAN GRIDJUSKO, opened and maintained in Pennsylvania;

(4)  Wells Fargo account, ending in 6134, in the name of defendant ARMEN SAHAKAYAN, opened and maintained in California;

(5)  BOA account, ending in 9853, in the name of L.T., known to the grand jury, opened and maintained in California;

(6)  Wells Fargo account, ending in 7845, in the name of H.S., known to the grand jury, opened and maintained in California;

b.  made payable to other individuals, including R.M. and M.K., all known to the grand jury; and

4

c. made payable to various companies, including a Glendale, CA insurance company ("CA Insurance Co."), a Covina, CA transportation registration services company ("CA Registration Co."), two design companies ("Co. A, Co. B), a Lawrence, MA auto body company ("MA Auto Body Co."), and a tile company ("Tile Co."), all known to the grand jury.

## OVERT ACTS

In furtherance of the conspiracy, defendants HAMLET TANTUSHYAN, VREZH MOVSISYAN, ROMAN GRIDJUSKO, ARMEN SAHAKYAN,  DAVIT DALDUMYAN, HRACHYA GYULUMYAN and GEVUSH GABRIELYAN,  Viatcheslav Bazaev, Co-Conspirator 1, Co-Conspirator 2, and other members of the conspiracy known and unknown to the grand jury, committed the following overt acts in the Eastern District of Pennsylvania and elsewhere:

1. On or about September 12, 2016, defendant VREZH MOVSISYAN, using an address in Glendale, CA, rented a car from Avis/Budget in Wilmington, DE, using a debit card for his BOA account ending in 7514.

2. On or about September 13, 2016, defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN and Viatcheslav Bazaev made and attempted to make the following fraudulent ATM withdrawals with cloned cards for accounts with WSFS:

| Overt Act/ Date | Time/Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 2a 09.13.16 | 11:18/ Wawa ATM, 1 Salem Village Square, Newark, DE | MOVSISYAN, TANTUSHYAN | WSFS, 8022 | $500 attempted withdrawal, $80 withdrawal |
| 2b 09.13.16 | 11:31/ Wawa ATM, 601 Ogletown Rd., Newark, DE | Bazaev | WSFS, 2550 | Two $400 attempted withdrawals, $500 withdrawal |
| 2c 09.13.16 | 11:44/ PNC Bank branch, 4643 Stanton Ogletown Rd., Newark, DE | TANTUSHYAN  MOVSISYAN | WSFS, 6361  WSFS, 1740 | $500 attempted withdrawal, $500 withdrawal;  $500 attempted withdrawal, $500 withdrawal |
| 2d 09.13.16 | 12:58/ Wawa, 274 E. Chestnut Hill Rd., Newark, DE | Bazaev | WSFS, 3416  WSFS, 9705 | Three attempted withdrawals ($500, $200, $50), $500 withdrawal;  Two attempted withdrawals ($500, $100), $500 withdrawal |

3. On or about September 13, 2016, defendants HAMLET TANTUSHYAN and VREZH

MOVSISYAN and an unidentified co-conspirator purchased and attempted to purchase the

following PMOs with cloned cards for accounts with WSFS and M&T:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 3a 09.13.16 | 14:39/ USPO, 1704 W. Newport Pike, Wilmington, DE | TANTUSHYAN | WSFS, 1740 | Two PMOs totaling $1,400: #19703992285 for 1,000 (payee GRIDJUSKO, negotiated 09.28.16); #19703992296 for $400 (payee C.T., negotiated 01.04.17) |
| | | MOVSISYAN | M&T, 5050 | Two PMOs totaling $1,500: #19703996054for $1,000 (payee CA Insurance Co., negotiated 10.12.16); #19703996065 for $500 (payee TANTUSHYAN, negotiated 10.03.16) |
| 3b 09.13.16 | 15:01/ USPO, 3434 Old Capitol Trail, Wilmington, DE | TANTUSHYAN | WSFS, 6503 | Three PMOs totaling $2,100: #23977768206 for $1,000 (payee Co. A, negotiated 11.16.16); #23977768217 for $400 (payee GRIDJUSKO, negotiated 10.03.16); #23977768228 - $700 (payee L.T., negotiated 10.11.16); |
| | | MOVSISYAN | Unknown | Attempted PMO purchase |
| 3c 09.13.16 | 15:01/ USPO, Deepwater, NJ | Unknown | M&T, 8535 | Three PMOs, totaling $2,100: #23617572750 for $1,000 (payee Co. A, payor M.K., negotiated 11.16.16); #23617572761 for $400 (payee GRIDJUSKO, negotiated 09.30.16); #23617572772 - $700 (payee VREZH MOVSISYAN, negotiated 10.03.16) |

4. On or about September 13, 2016, the following transactions were made, using BOA

accounts in the names of defendant HAMLET TANTUSHYAN and VREZH MOVSISYAN:

| Overt Act/ Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 4a 09.13.16 | BOA ATM, Fox Run branch, Bear, DE | TANTUSHYAN | 2475 | $2,660 cash deposit |
| 4b 09.13.16 | BOA ATM, Fox Run branch, Bear, DE | TANTUSHYAN | 2475 | $2,660 cash deposit |
| 4c 09.13.16 | Comfort Inn, Newark, DE | MOVSISYAN | 7514 | Debit card purchase of $235 |

6

5.  On or about September 14, 2016, defendants HAMLET TANTUSHYAN and VREZH

MOVSISYAN and an unidentified co-conspirator purchased the following PMOs with cloned

cards for accounts with PNC:

| Overt Act/Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 5a 09.14.16 | 13:50/ Federal Station USPO, Newark, DE | TANTUSHYAN | PNC, 1692 | Two PMOs, totaling $1,400: #23069970077 for $1,000 (payee J.R.), negotiated 10.26.16); #23069970088 for $400 (payee O.R., negotiated 01.18.17); |
| | | MOVSISYAN | PNC, 8723 | Two PMOs, totaling $1,500: #23069970090 for $1,000 (payee/payor TANTUSHYAN, negotiated 09.30.16); #23069970101 for $500 (payee TANTUSHYAN, negotiated 10.03.16) |
| 5b 09.14.16 | 16:28/ Newport Branch USPO, Wilmington, DE | Unknown | PNC, 8113 | Two PMOs, totaling $1,400: #19703992408 for $1,000 (payee MA Auto Body Co., negotiated 10.24.16); #19703992410 for $400 (payee R.R., negotiated 01.13.17); |
| | | | PNC, 3829 | Two PMOs, totaling $1,500: #19703990373 for $1,000 (payee/payor, TANTUSHYAN, negotiated 09.30.16); #19703990384 for $500 (payee R., negotiated 10.07.16) |

6.  On or about September 14, 2016, the following transactions were made, using BOA

accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN

and L.T.:

| Overt Act/ Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 6a 09.14.16 | BOA ATM, Bracebridge branch, Bear, DE | TANTUSHYAN | 2475 | $6,180 cash deposit |
| 6b 09.14.16 | BOA ATM, Fox Run branch, Bear, DE | TANTUSHYAN | 2475 | $1,500 cash deposit |
| 6c 09.14.16 | BOA ATM, Fox Run branch, Bear, DE | MOVSISYAN | 7514 | $2,140 cash deposit |
| 6d 09.14.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 102, payable to cash, for $3,100, cashed |
| 6e 09.14.16 | BOA Wilson-Glendale branch, Glendale, CA | L.T. | 9853 | Deposit of check no. 102, drawn on TANTUSHYAN's BOA account, made payable to cash, for $3,100 |
| 6f 09.14.16 | Unknown | MOVSISYAN | 7514 | Check no. 121, payable to cash, for $3,000, negotiated through Wells Fargo Bank account |

7. From on or about September 15, 2016 to on or about September 19, 2016, defendant ROMAN GRIDJUSKO rented a car from Avis/Budget in Conshohocken, PA, paying $391 for the rental with a Wells Fargo Visa debit card, ending in 1498, associated with his Wells Fargo account, ending in 4625 ("Wells Fargo Debit Card").

8. On or about September 15, 2016, defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN made the following fraudulent ATM withdrawal with a cloned card for an account with PNC:

| Overt Act/Date | Time/Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 8a 09.15.16 | 12:11/ Wawa, 207 N. Henderson Rd., King of Prussia, PA | MOVSISYAN, TANTUSHYAN | PNC, 1614 | $500 withdrawal |

9. On or about September 15, 2016, unidentified co-conspirators purchased the following PMOs with cloned cards for accounts with PNC:

| Overt Act/Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 9a 09.15.16 | 14:52/ USPO, Blue Bell, PA | Unknown | PNC, 8659 | Two PMOs, totaling $1,400: #22826394887 for $1,000 (payee M.K., negotiated 11.16.16); #22826394898 for $400 (payee MA Auto Body Co., negotiated 10.28.16); |
|  |  |  | PNC, 1315 | Two PMOs, totaling $1,500: #23571613765 for $1,000 (payee CA Insurance Co., negotiated 10.12.16); #23571613776 for $500 (payee R.M., negotiated 10.07.16) |
| 9b 09.15.16 | 15:15/ USPO, Plymouth Meeting, PA | Unknown | PNC, 5951 | Three PMOs, totaling $1,900: #19639357558 for $1,000 (payee M.K., payor O.H., negotiated 11.16.16); #19639357560 for $400 (payee O.R., negotiated 01.08.17); #19639357571 - $500 (payee TANTUSHYAN, negotiated 10.03.16) |

10.   On or about September 15, 2016, the following transactions were made, using BOA

accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN

and L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 10a 09.15.16 | BOA ATM, Fox Run branch, Bear, DE | TANTUSHYAN | 2475 | $6,180 cash deposit |
| 10b 09.15.16 | BOA ATM, Fox Run branch, Bear, DE | MOVSISYAN | 7514 | $3,080 cash deposit |
| 10c 09.15.16 | BOA ATM, East Norriton branch, East Norriton, PA | TANTUSHYAN | 2475 | $5,200 cash deposit |
| 10d 09.15.16 | BOA ATM, East Norriton branch, East Norriton, PA | TANTUSHYAN | 2475 | $1,680 cash deposit |
| 10e 09.15.16 | BOA ATM, East Norriton branch, East Norriton, PA | TANTUSHYAN | 2475 | $500 cash deposit |
| 10f 09.15.16 | BOA ATM, East Norriton branch, East Norriton, PA | MOVSISYAN | 7514 | $2,940 cash deposit |
| 10g 09.15.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 103, payable to cash, for $8,000, cashed |
| 10h 09.15.16 | BOA Wilson-Glendale branch, Glendale, CA | L.T. | 9853 | Deposit of check no. 103, drawn on TANTUSHYAN's BOA account, made payable to cash, for $8,000 |
| 10i 09.15.16 | BOA Wilson-Glendale branch, Glendale, CA | L.T. | 9853 | $500 cash withdrawal |
| 10j 09.15.16 | Unknown | L.T. | 9853 | $3,000 cash withdrawal |
| 10k 09.15.16 | Unknown | MOVSISYAN | 7514 | Check no. 120, payable to cash, for $2,000, negotiated through JP Morgan Chase account |

11.   On or about September 16, 2016, unidentified co-conspirators purchased the

following PMOs with cloned cards for accounts with Wells Fargo, M&T and CPFCU:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 11a 09.16.16 | 12:21/ USPO, Lafayette Hill, PA | Unknown | Wells Fargo, 4486 | Three PMOs, totaling $2,800: #23082045333 for $1,000 (payee MA Auto Body Co, negotiated 10.24.16); #23082045344 for $400 (payee GRIDJUSKO, negotiated 10.04.16); #23082045366 for $1,000 (payee H.A., payor A.A., negotiated 11.22.16); #23082045377 for $400 (payee H.A., payor A.A., negotiated 11.22.16) |
| | | | M&T, 7249 | PMO #23082045355 for $900 (payee GRIDJUSKO, negotiated 09.26.16) |

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 11b 09.16.16 | 12:54/ Chestnut Hill USPO, Philadelphia, PA | Unknown | Wells Fargo, 4660 | Two PMOs, totaling $1,400: #19566437905 for $1,000 (payee GRIDJUSKO, negotiated 10.17.16); #19566437916 for $400 |
| | | | CPFCU, 4296 | PMO #4259228105304296 for $900 (payee A.A. payor V.A., negotiated 11.17.16) |
| 11c 09.16.16 | 15:31/ East Germantown USPO, Philadelphia, PA | Unknown | Wells Fargo, 5813 | Two PMOs, totaling $1,400: #23663289407 for $1,000 (payee GRIDJUSKO, negotiated 10.11.16); #23663289431 for $400 (payee M.K., negotiated 11.16.16) |
| | | | Wells Fargo, 9781 | Two PMOs, totaling $1,300: #23663289442 for $1,000 (payee/payor, TANTUSHYAN, negotiated 09.30.16); #23663289453 for $300 (payee L.T., negotiated 10.11.16) |

12. On or about September 16, 2016, the following transactions were made, using BOA accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN and L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 12a 09.16.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | $8,800 cash withdrawal |
| 12b 09.16.16 | Unknown | L.T. | 9853 | $500 cash withdrawal |
| 12c 09.16.16 | Unknown | L.T. | 9853 | $3,000 cash withdrawal |
| 12d 09.16.16 | Unknown | MOVSISYAN | 7514 | Check no. 122, payable to cash, for $2,000, negotiated through JP Morgan Chase account |
| 12e 09.16.16 | Unknown | MOVSISYAN | 7514 | Check no. 124, payable to cash, for $1,000 negotiated through JP Morgan Chase account |
| 12f 09.16.16 | The Radnor Hotel, Philadelphia, PA | MOVSISYAN | 7514 | Debit card purchase for $184 |
| 12g 09.16.16 | Loews Hotels, Philadelphia, PA | MOVSISYAN | 7514 | Debit card purchase for $365 |

13. On or about September 17, 2016, the following transactions were made, using BOA accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 13a 09.17.16 | BOA ATM, 10th & Chestnut branch, Philadelphia, PA | TANTUSHYAN | 2475 | $4,140 cash deposit |
| 13b 09.17.16 | BOA ATM, 10th & Chestnut branch, Philadelphia, PA | MOVSISYAN | 7514 | $1,740 cash deposit |
| 13c 09.17.16 | BOA ATM, Welsh Rd. branch, Horsham, PA | MOVSISYAN | 7514 | $2,520 cash deposit |
| 13d 09.17.16 | BOA ATM, Welsh Rd. branch, Horsham, PA | TANTUSHYAN | 2475 | $2,500 cash deposit |
| 13e 09.17.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 105, payable to cash, for $2,800, cashed |
| 13f 09.17.16 | Unknown | MOVSISYAN | 7514 | Check no. 123, payable to cash, for $3,000, negotiated through JP Morgan Chase account |

14.   On or about September 19, 2016, defendants HAMLET TANTUSHYAN and

VREZH MOVSISYAN and unidentified co-conspirators purchased and attempted to purchase

the following PMOs with cloned cards for accounts with M&T, WSFS and Citizens:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 14a 09.19.16 | 13:18/ Federal Station USPO, Newark, DE | TANTUSHYAN, MOVSISYAN | M&T, 8618<br><br><br><br><br><br><br>WSFS, 7203 | Four PMOs, totaling $2,800:<br>#23069965331 for $1,000 (payee GRIDJUSKO, negotiated 10.04.16);<br>#23069965342 for $400 (payee GRIDJUSKO, negotiated 10.05.16);<br>#23069965353 for $1,000 (payee MA Auto Body Co., negotiated 10.24.16);<br>#23069965364 for $400 (payee GRIDJUSKO, negotiated 10.04.16)<br>Attempted PMO purchase |
| 14b 09.19.16 | 13:43/ Main USPO, Newark, DE | Unknown | Citizens, 3696 | Six PMOs, totaling 4,300:<br>#23583591808 for $1,000 (payee GRIDJUSKO, negotiated 09.30.16);<br>#23583591810 for $400;<br> #23583591821 for $1,000 (payee GRIDJUSKO, negotiated 10.05.16);<br>#23583591832 for $400 (payee GRIDJUSKO, negotiated 10.11.16);<br>23583591843 for $1,000 (payee L.T., negotiated 09.30.16);<br>#23583591854 for $500 (payee R., negotiated 10.07.16) |

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 14c 09.19.16 | 15:22/ USPO, Deepwater, NJ | Unknown | Citizens, 4588 | Four PMOs, totaling $2,800: #23617573132 for $1,000 (payee GRIDJUSKO); #23617573143 for $400 (payee GRIDJUSKO); #23617573154 for $1,000 (payee CA Insurance Co, negotiated 10.12.16.); #23617573165 for $400 (payee cash); |

15.   On or about September 19, 2016, the following transactions were made, using BOA

accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN

and L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 15a 09.19.16 | BOA ATM, Fox Run branch, Bear, DE | TANTUSHYAN | 2475 | $8,420 cash deposit |
| 15b 09.19.16 | BOA ATM, Fox Run branch, Bear, DE | MOVSISYAN | 7514 | $2,900 cash deposit |
| 15c 09.19.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 106, payable to A.T., for $1,800, cashed |
| 15d 09.19.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 107, payable to cash, for $1,800, cashed |
| 15e 09.19.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 108, payable to A.T., for $1,600 cashed |
| 15f 09.19.16 | BOA Wilson-Glendale branch, Glendale, CA | L.T. | 9853 | $6,200 cash withdrawal |
| 15g 09.19.16 | Unknown | MOVSISYAN | 7514 | Check no. 125, payable to cash, for $2,000, negotiated through JP Morgan Chase account |

16.   On or about September 20, 2016, the following transactions were made, using BOA

accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 16a 09.20.16 | BOA ATM, Berlin branch, Berlin, NJ | TANTUSHYAN | 2475 | $4,460 cash deposit |
| 16b 09.20.16 | BOA ATM, Berlin branch, Berlin, NJ | MOVSISYAN | 7514 | $1,800 cash deposit |
| 16c 09.20.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 109, payable to cash, for $3,400 cashed |

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 16d 09.20.16 | Unknown | MOVSISYAN | 7514 | Check no. 126, payable to cash, for $2,000, negotiated through Wells Fargo account |
| 16e 09.20.16 | Unknown | MOVSISYAN | 7514 | Check no. 127, payable to cash, for $3,000, negotiated through Wells Fargo account |

17.    On or about September 21, 2016, the following transactions were made, using a BOA

account in the name of defendant HAMLET TANTUSHYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 17a 09.21.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 110, payable to A.T., for $5,000, cashed |
| 17b 09.21.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 111, payable to L.T., for $2,300, cashed |
| 17c 09.21.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 112, payable to A.T., for $2,800, cashed |

18.    On or about September 22, 2016, unidentified co-conspirators purchased the

following PMOs with cloned PNC account cards:

| Overt Act/Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 18a 09.22.16 | 13:00/ Margate USPO, Atlantic City, NJ | Unknown | PNC, 1174 | Two PMOs, totaling $1,500: #23214692913 for $1,000 (payee L.T., negotiated 09.30.16); #23214692924 for $500 (payee cash, negotiated 10.03.16) |
| 18b 09.22.16 | 14:56/ USPO, Northfield, NJ | Unknown | PNC, 5652 | Two PMOs, totaling $1,300: #24043829534 for $1,000 (payee GRIDJUSKO, negotiated 10.05.16); #24043829545 for $300 (payee GRIDJUSKO, negotiated 09.26.16) |
| | | | PNC, 4661 | Two PMOs, totaling $1,400: #24043829556 for $1,000 (payee C.G., negotiated 10.11.16); #24043829567 for $400 (payee CA Registration Co., negotiated 10.11.16) |
| 18c 09.22.16 | 15:55 /USPO, Marmora, NJ | Unknown | PNC, 1762 | Two PMOs, totaling $$1,400: #23634267763 for $1,000 (payee L.T., negotiated 09.30.16); #23634267774 for $400 (payee L.T., negotiated 10.11.16) |

19.   On or about September 22, 2016, the following transactions were made, using BOA

accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN

and L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 19a 09.22.16 | BOA ATM, Northfield branch, Northfield, NJ | TANTUSHYAN | 2475 | $5,100 cash deposit |
| 19b 09.22.16 | BOA ATM, Northfield branch, Northfield, NJ | MOVSISYAN | 7514 | $3,000 cash deposit |
| 19c 09.22.16 | BOA ATM, Northfield branch, Northfield, NJ | MOVSISYAN | 7514 | $2,720 cash deposit |
| 19d 09.22.16 | BOA ATM, Margate branch, Margate, NJ | L.T. | 9853 | $7,000 cash deposit |
| 19e 09.22.16 | Red Roof Inn, Absecon, NJ | MOVSISYAN | 7514 | Debit card purchase for $148 |
| 19f 09.22.16 | Red Roof Inn, Absecon, NJ | MOVSISYAN | 7514 | Debit card purchase for $148 |

20.   On or about September 23, 2016, unidentified co-conspirators purchased the

following PMOs with cloned cards for accounts with Wells Fargo, M&T and Louviers FCU:

| Overt Act/Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 20a 09.23.16 | 12:29/ USPO, Little Egg Harbor, NJ | Unknown | Wells Fargo, 2884 | Four PMOs, totaling $2,800: #19735970534 for $1,000 (payee L.T., negotiated 09.30.16); #19735970545 for $400 (payee cash, negotiated 10.03.16); #19735970556 for $1,000 (payee L.T., negotiated 09.30.16); #19735970567 for $400 (payee CA Registration Co., negotiated 10.18.16) |
| | | | Louviers FCU, 9469 | Two PMOs, totaling $1,500: #19735957956 for $1,000 (payee MOVSISYAN, negotiated 10.03.16); #19735957967 for $500 (payee TANTUSHYAN, negotiated 10.03.16) |
| | | | M&T, 3640 | Two PMOs, totaling $1,300: #19735957978 for $1,000 (payee MOVSISYAN, negotiated 10.03.16); #19735957967 for $300 (payee CA Registration Co., negotiated 10.18.16) |

14

21.   On or about September 23, 2016, the following transactions were made, using BOA

accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN

and L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 21a 09.23.16 | BOA ATM, Northfield branch, Northfield, NJ | TANTUSHYAN | 2475 | $4,310 cash deposit |
| 21b 09.23.16 | BOA ATM, Northfield branch, Northfield, NJ | MOVSISYAN | 7514 | $2,280 cash deposit |
| 21c 09.23.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 114, payable to cash, for $2,200, cashed |
| 21d 09.23.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 115, payable to A.T., for $3,000, cashed |
| 21e 09.23.16 | BOA Wilson-Glendale branch, Glendale, CA | L.T. | 9853 | Deposit of check no. 114, drawn on TANTUSHYAN's BOA account, made payable to cash, for $2,200 |
| 21f 09.23.16 | Sheraton, Atlantic City, NJ | MOVSISYAN | 7514 | Debit card purchase for $209 |

22.   On or about September 24, 2016, an unidentified co-conspirator purchased the

following PMOs with cloned cards:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 22a 09.24.16 | 11:37/ USPO, Sicklerville, NJ | Unknown | Citizens, 2019 | Two PMOs, totaling $1,400: #24055181763 for $1,000 (payee CA Insurance Co., negotiated 10.12.16); #24055181774 for $400, negotiated 10.13.16) |
| | | | UMB Bank, 3407 | Four PMOs, totaling $2,800: #24055181785 for $1,000 (payee MOVSISYAN, payor C.G., negotiated 10.11.16); #24055181796 for $500 (payee R.M., negotiated 10.07.16); #24055181807 for $1,000 (payee L.T., negotiated 10.03.16); #24055181818 for $300 (payee L.T., negotiated 10.11.16) |

23.   On or about September 24, 2016, the following transactions were made, using BOA

accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 23a 09.24.16 | BOA ATM, Bensalem branch, Bensalem, PA | TANTUSHYAN | 2475 | $3,680 cash deposit |
| 23b 09.24.16 | BOA ATM, Bensalem branch, Bensalem, PA | TANTUSHYAN | 2475 | $1,020 cash deposit |
| 23c 09.24.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 116, payable to cash, for $3,000, cashed |
| 23d 09.24.16 | Avis/Budget, Wilmington, DE | MOVSISYAN | 7514 | Debit card purchase for $742 |

24.   On or about September 25, 2016, the following transactions were made, using BOA

accounts in the names of defendant HAMLET TANTUSHYAN and VREZH MOVSISYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 24a 09.25.16 | BOA ATM, Bensalem branch, Bensalem, PA | TANTUSHYAN | 2475 | $1,720 cash deposit |
| 24b 09.25.16 | BOA ATM, Bensalem branch, Bensalem, PA | MOVSISYAN | 7514 | $1,000 cash deposit |
| 24c 09.25.16 | BOA ATM, Feasterville branch, Feasterville, PA | MOVSISYAN | 7514 | $2,340 cash deposit |

25.   From on or about September 25, 2016 to on or about October 2, 2016, defendant

ROMAN GRIDJUSKO rented a car from Avis/Budget in Conshohocken, PA, paying $434 for

the rental with his Wells Fargo Debit Card.

26.   On or about September 26, 2016, defendants HAMLET TANTUSHYAN and VREZH

MOVSISYAN purchased the following PMO with a cloned card:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 26a 09.26.16 | 13:26/ Rodney Square USPO, Wilmington, DE | TANTUSHYAN, MOVSISYAN | Wells Fargo, 9851 | PMO #23491162956 for $800 (negotiated 10.16.16) |

27.    On or about September 26, 2016, the following transactions were made, using BOA

accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN

and L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 27a 09.26.16 | BOA ATM, Bensalem branch, Bensalem, PA | TANTUSHYAN | 2475 | $2,800 cash deposit |
| 27b 09.26.16 | BOA ATM, Bensalem branch, Bensalem, PA | TANTUSHYAN | 2475 | $2,220 cash deposit |
| 27c 09.26.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 118, payable to cash, for $2,000, cashed |
| 27d 09.26.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 120, payable to cash, for $1,200, cashed |
| 27e 09.26.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 121, payable to cash, for $5,900, cashed |
| 27f 09.26.16 | BOA Wilson-Glendale branch, Glendale, CA | L.T. | 9853 | Deposit of check no. 121, drawn on TANTUSHYAN's BOA account, made payable to cash, for $5,900 |
| 27g 09.26.16 | Unknown | MOVSISYAN | 7514 | Check no. 129, payable to cash, for $7,000, negotiated with Chase account |

28.    On or about September 27, 2016, the following transactions were made, using BOA

accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 28a 09.27.16 | BOA ATM, Bensalem branch, Bensalem, PA | TANTUSHYAN | 2475 | $5,480 cash deposit |
| 28b 09.27.16 | BOA ATM, Bensalem branch, Bensalem, PA | MOVSISYAN | 7514 | $5,320 cash deposit |

29.    On or about September 28, 2016, defendants HAMLET TANTUSHYAN and VREZH

MOVSISYAN and an unidentified co-conspirator made the following fraudulent ATM

withdrawals and purchased the following PMOs with cloned cards for accounts with TD:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 29a 09.28.16 | 08:54/ Wawa, 3620 Street Rd., Bensalem, PA | TANTUSHYAN, MOVSISYAN | TD, 8842 | Two ATM withdrawals, totaling $700: Withdrawals for $500, $200 |
| 29b 09.28.16 | 14:10/ USPO, Feasterville, PA | Unknown | TD, 1030 | Two PMOs, totaling $1,500: #23923728775 for $1,000 (payee MOVSISYAN, negotiated 10.03.16); #23923728786 for $500 (payee TANTUSHYAN, negotiated 10.03.16) |

30.     On or about September 28, 2016, the following transactions were made, using BOA

accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN

and L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 30a 09.28.16 | BOA ATM, Bustleton branch, Philadelphia, PA | TANTUSHYAN | 2475 | $2,500 cash deposit |
| 30b 09.28.16 | BOA ATM, Bustleton branch, Philadelphia, PA | L.T. | 9853 | $6,180 cash deposit |
| 30c 09.28.16 | BOA, unknown location | L.T. | 9853 | $6,180 cash withdrawal |
| 30d 09.28.16 | BOA ATM, Feasterville branch, Feasterville, PA | TANTUSHYAN | 2475 | $1,800 cash deposit |
| 30e 09.28.16 | BOA Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 124, payable to cash, for $3,000, cashed |
| 30f 09.28.16 | BOA ATM, Feasterville branch, Feasterville, PA | MOVSISYAN | 7514 | $1,280 cash deposit |

31.     On or about September 29, 2016, the following transactions were made, using BOA

accounts in the names of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 31a 09.29.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 119, payable to A.T., for $5,700 cashed |
| 31b 09.29.16 | Best Western, Bensalem, PA | MOVSISYAN | 7514 | Debit card purchase for $563 |
| 31c 09.29.16 | Best Western, Bensalem, PA | MOVSISYAN | 7514 | Debit card purchase for $552 |
| 31d 09.29.16 | Avis/Budget, Wilmington, DE | MOVSISYAN | 7514 | Debit card purchase for $574 |
| 31e 09.29.16 | American Airlines | TANTUSHYAN | 2475 | Debit card purchase for $505 |
| 31f 09.29.16 | American Airlines | TANTUSHYAN | 2475 | Debit card purchase for $505 |
| 31g 09.29.16 | American Airlines | TANTUSHYAN | 2475 | Debit card purchase for $505 |

32.     On or about September 30, 2016, at the BOA Wilson-Glendale branch in Glendale, CA,

the following fraudulently purchased PMOs, totaling approximately $5,800, were deposited into

a BOA account ending in 2475, in the name of defendant HAMLET TANTUSHYAN:

| Overt Act/Date | Post Office location of PMO purchase | Date of PMO Purchase/Purchaser | PMO Number | PMO amount |
|---|---|---|---|---|
| 32a 09.30.16 | Federal Station, Newark DE | 09.14.16/ MOVSISYAN | 23069970090 | $1,000 |
| 32b 09.30.16 | Newport branch, Wilmington, DE | 09.14.16/ MOVSISYAN | 19703990373 | $1,000 |
| 32c 09.30.16 | Ambler, PA | 09.16.16/ Unknown | 2390828512 | $1,000 |
| 32d 09.30.16 | Olney branch, Philadelphia, PA | 09.16.16/ Unknown | 24007811376 | $1,000 |
| 32e 09.30.16 | East Germantown Station, Philadelphia, PA | 09.16.16/ Unknown | 23663289442 | $1,000 |
| 32f 09.30.16 | West Berlin, NJ | 09.21.16/ Unknown | 19596409413 | $400 |
| 32g 09.30.16 | Ellisburg Station, Cherry Hill, NJ | 09.21.16/ Unknown | 19707885448 | $400 |

33.    On or about September 30, 2016, the following transaction was made, using a BOA

account in the name of defendant HAMLET TANTUSHYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 33a 09.30.16 | Unknown | TANTUSHYAN | 2475 | $2,700 cash withdrawal |

34.    On or about October 1, 2016, at an ATM at the BOA Wilson-Glendale branch in

Glendale, CA, the following fraudulently purchased PMOs and $1,000 in cash, totaling

approximately $3,500, were deposited into a BOA account ending in 2475, in the name of

defendant HAMLET TANTUSHYAN:

| Overt Act/Date | Post Office location of PMO purchase | Date of PMO Purchase/Purchaser | PMO Number | PMO amount |
|---|---|---|---|---|
| 34a 10.01.16 | Federal Station, Newark, DE | 09.14.16/ MOVSISYAN | 23069970101 | $500 |
| 34b 10.01.16 | Ambler, PA | 09.16.16/ Unknown | 23900828523 | $500 |
| 34c 10.01.16 | Glendora, NJ | 09.20.16/ Unknown | 235020200951 | $500 |
| 34d 10.01.16 | Little Egg Harbor, NJ | 09.23.16/ Unknown | 19735957967 | $500 |
| 34e 10.01.16 | Sicklerville, NJ | 09.24.16/ Unknown | 240055181752 | $500 |

35.   On or about October 1, 2016, at the BOA Wilson-Glendale branch in Glendale, CA,

the following fraudulently purchased PMOs, totaling approximately $2,500, were deposited into

a BOA account ending in 2475, in the name of defendant HAMLET TANTUSHYAN:

| Overt Act/Date | Post Office location of PMO purchase | Date of PMO Purchase/Purchaser | PMO Number | PMO amount |
|---|---|---|---|---|
| 35a 10.01.16 | Newport branch, Wilmington, DE | 09.13.16/ MOVSISYAN | 19703996065 | $500 |
| 35b 10.01.16 | Plymouth Meeting, PA | 09.15.16/ Unknown | 19639357571 | $500 |
| 35c 10.01.16 | Roxborough Station, Philadelphia, PA | 09.17.16/ Unknown | 22712948267 | $500 |
| 35d 10.01.16 | Bryn Athyn, PA | 09.27.16/ Unknown | 23993802033 | $500 |
| 35e 10.01.16 | Feasterville, PA | 09.27.16/ Unknown | 23923728786 | $500 |

36.   On or about October 1, 2016, at the BOA Wilson-Glendale branch in Glendale, CA, the

following fraudulently purchased PMOs, totaling approximately $3,000, were deposited into a

BOA account ending in 9853, in the name of L.T.:

| Overt Act/Date | Post Office location of PMO purchase | Date of PMO Purchase/Purchaser | PMO Number | PMO amount |
|---|---|---|---|---|
| 36a 10.01.16 | Sicklerville, NJ | 09.24.16/ Unknown | 24055181807 | $1,000 |
| 36b 10.01.16 | Tacony Station, Philadelphia, PA | 09.28.16/ Unknown | 19646048068 | $1,000 |
| 36c 10.01.16 | Tacony Station, Philadelphia, PA | 0928.16/ Unknown | 24014467462 | $1,000 |

37.   On or about October 1, 2016, at an ATM at the BOA Wilson-Glendale branch in

Glendale, CA, the following fraudulently purchased PMOs, totaling approximately $2,000, were

deposited into a BOA account ending in 9853, in the name of L.T.:

| Overt Act/Date | Post Office location of PMO purchase | Date of PMO Purchase/Purchaser | PMO Number | PMO amount |
|---|---|---|---|---|
| 37a 10.01.16 | Roxborough Station, Philadelphia, PA | 09.17.16/ Unknown | 22712948212 | $1,000 |
| 37b 10.01.16 | Somerton Station, Philadelphia, PA | 09.28.16/ Unknown | 23976978434 | $1,000 |

38.     Between on or about October 2, 2016 and on or about October 14, 2016, Co-

Conspirator 2, using defendant ROMAN GRIDJUSKO's Wells Fargo Debit Card, deposited, via

ATM, the following fraudulently purchased PMOs, totaling $6,900, into defendant

GRIDJUSKO's Wells Fargo account, ending in 4625:

| Overt Act | Date of Deposit | Location of Deposit/Depositor | PMO # | Total of Deposited PMOs |
|---|---|---|---|---|
| 38a | 10.02.16 | Wells Fargo, 8200 Roosevelt Blvd., Philadelphia, PA | #23977768217 (purchased by TANTUSHYAN on 09.13.16); #24014467440 (purchased by co-conspirator on 09.28.16); #23631889645 (purchased by co-conspirator on 09.21.16) | $2,400 (3 PMOs) |
| 38b | 10.04.16 | Wells Fargo, 10168 Bustleton Ave., Philadelphia, PA | #19707885461 (purchased by co-conspirator on 09.21.16); #23082045344 (purchased by co-conspirator on 09.16.16); #23583591821 (purchased by co-conspirator on 09.19.16) | $1,800 (3 PMOs) |
| 38c | 10.08.16 | Wells Fargo, 8200 Roosevelt Blvd., Philadelphia, PA | #24014467451 (purchased by co-conspirator on 09.28.16) | $300 (1 PMO) |
| 38d | 10.10.16 | Wells Fargo, 8200 Roosevelt Blvd., Philadelphia, PA | #23663289407 (purchased by co-conspirator on 09.19.16) #23583591832 (purchased by co-conspirator on 09.19.16) | $1,400 (2 PMOs) |
| 38e | 10.14.16 | Wells Fargo, 10168 Bustleton Ave., Philadelphia, PA | #19566437905 (purchased by co-conspirator on 09.19.16) | $1,000 (1 PMO) |

39.     On or about October 4, 2016, at a BOA Bustleton Avenue branch ATM in Philadelphia,

PA, $1,620 in cash was deposited into a BOA account ending in 9853, in the name of L.T., with

a Pennsylvania address associated with Co-Conspirator 1 written on the deposit slip.

40.     Between on or about October 4, 2016 and on or about October 14, 2016, the following

cash withdrawals, totaling approximately $16,150, were made from a BOA account ending in

9853, in the name of L.T.:

| Overt Act | Date of withdrawal | Location | Withdrawal amount |
|---|---|---|---|
| 40a | 10.04.16 | Unknown | $3,000 |
| 40b | 10.05.16 | Unknown | $2,000 |
| 40c | 10.06.16 | Unknown | $1,000 |
| 40d | 10.13.16 | Unknown | $5,000 |
| 40e | 10.14.16 | Unknown | $5,150 |

41.    On or about October 6, 2016, at a Wells Fargo ATM, 10168 Bustleton Avenue, Philadelphia, PA, and using defendant ROMAN GRIDJUSKO's Wells Fargo Debit Card, Co-Conspirator 2 withdrew $300 from defendant GRIDJUSKO's Wells Fargo account, ending in 4625.

42.    On or about October 13, 2016, at a BOA Bustleton Avenue branch ATM in Philadelphia, PA, $4,120 in cash was deposited into a BOA account ending in 9853, in the name of L.T.

43.    On or about October 14, 2016, at a BOA Bustleton Avenue branch ATM in Philadelphia, PA, $5,150 in cash was deposited into a BOA account ending in 9853, in the name of L.T., with Pennsylvania address associated with Co-Conspirator 1 written on the deposit slip.

44.    From on or about October 29, 2016 to on or about November 5, 2016, defendant ROMAN GRIDJUSKO rented cars from Avis/Budget at the Trenton, NJ airport, paying $1,404 for the rentals with his Wells Fargo Debit Card.

45.    On or about October 31, 2016, unidentified co-conspirators purchased the following PMOs with cloned cards for accounts with BB&T and Mutual CU:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 45a 10.31.16 | 11:05/ Federal Station USPO, Newark, DE | Unknown | BB&T, 2980 | Three PMOs, totaling $2,500: #23069963575 for $1,000 (negotiated 12.05.16); #23069963586 for $500 (payee L.T., negotiated 11.08.16); #23069963597 for $1,000 (negotiated 12.05.16) |
| 45b 10.31.16 | 13:26/ Federal Station USPO, Newark, DE | Unknown | Mutual CU, 2864 | #23069973216 for $400 (payee GRIDJUSKO, negotiated 11.14.16) |

46.   On or about October 31, 2016, the following transaction was made, using a BOA

account, in the name of defendant HAMLET TANTUSHYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 46a 10.31.16 | BOA ATM, East Leesburg branch, Leesburg, VA | TANTUSHYAN | 2475 | $3,460 cash deposit |

47.   On or about November 1, 2016, unidentified co-conspirators purchased the following

PMOs with cloned cards for accounts with BB&T, PNC, Wells Fargo and M&T:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 47a 11.01.16 | 10:26/ Leesburg USPO, Leesburg, VA | Unknown | BB&T, 7295<br><br>PNC, 9285 | Three PMOs, totaling $2,500: #21701837046 for $1,000 (payee M.K., negotiated 12.05.16); #21701837057 for $500 (payee M.K., negotiated 11.16.16); #21701837068 for $1,000 (payee L.T., negotiated 11.14.16); PMO #21701837070 for $900 (payee B.R., negotiated 12.05.16) |
| 47b 11.01.16 | 10:56/ Downtown USPO, Leesburg, VA | Unknown | BB&T, 7295 | Three PMOs, totaling $2,500: #24102370855 for $1,000 (payee Co. A, negotiated 12.07.16); #24102370866 for $500 (payee J.R., negotiated 01.10.17); #24102370877 for $1,000 (payee L.T., negotiated 11.08.16) |
| 47c 11.01.16 | 11:31/ Ashburn USPO, Ashburn, VA | Unknown | PNC, 9285<br><br>Wells Fargo, 5717 | PMO #24042703487 for $900 (payee GRIDJUSKO, negotiated 11.14.16) Two PMOs, totaling $1,500: #23640244874 for $1,000, payee L.T., negotiated 11.08.16); #23640244885 for $500 (payee M.K., negotiated 11.16.16) |
| 47d 11.01.16 | 14:40/ Herndon USPO, Herndon, VA | Unknown | M&T, 7756 | PMO #24043308085 for $900 (payee GRIDJUSKO, negotiated 11.14.16) |

48.   On or about November 1, 2016, the following transactions were made, using a BOA

account in the name of defendant HAMLET TANTUSHYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 48a 11.01.16 | BOA Clocktower branch, Herndon, VA | TANTUSHYAN | 2475 | $3,140 cash deposit |
| 48b 11.01.16 | BOA Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 125, payable to A.T., for $3,000, cashed |
| 48c 11.01.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 126, payable to cash, for $1,800, cashed |

49. On or about November 2, 2016, the following transactions were made, using BOA

accounts in the name of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN and

L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 49a 11.02.16 | BOA Duke St. branch, Alexandria, VA | MOVSISYAN | 2475 | $1,780 cash deposit |
| 49b 11.02.16 | Comfort Suites, Leesburg, VA | TANTUSHYAN | 2475 | Debit card purchase of $130 |
| 49c 11.02.16 | BOA Alexandria branch, Alexandria, VA | L.T. | 9853 | $7,500 cash deposit |
| 49d 11.02.16 | BOA, Unknown location | L.T. | 9853 | $7,500 cash withdrawal |

50. On or about November 3, 2016, unidentified co-conspirators purchased the following

PMOs with cloned cards for accounts with BB&T, BMSB, Citizens and Navy FCU:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 50a 11.03.16 | 10:32/ Alexandria-Fairfax Station, Alexandria, VA | Unknown | BB&T, 1581 | PMO #23295034 for $400 (payee GRIDJUSKO, negotiated 11.14.16) |
| 50b 11.03.16 | 15:09/ Arlington- Shirlington USPO, Arlington, VA | Unknown | Citizens, 6103 | Three PMOs, totaling $2,700: #19670917318 for $900 (payee L.T., negotiated 11.08.16); #19670917320 for $900 (payee L.T., negotiated 11.08.16); #19670917331 for $900 (payee J.B., negotiated 01.17.17); |
| | | | BMSB, 5462 | Three PMOs, totaling $2,200: #19670917342 for $1,000 (payee L.T., negotiated 11.08.16); #19670917353 for $300 (payee MOVSISYAN, negotiated 11.21.16); #19670917364 for $900 (payee MOVSISYAN, negotiated 11.21.16) |
| 50c 11.03.16 | 13:52/ Arlington USPO, Arlington, VA | Unknown | Navy FCU, 2234 | #23096191037 for $700 (payee GRIDJUSKO, negotiated 11.16.16) |

24

51.    On or about November 3, 2016, the following transactions were made, using BOA

accounts in the name of defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN and

L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 51a 11.03.16 | BOA Duke St. branch, Alexandria, VA | TANTUSHYAN | 2475 | $6,240 cash deposit |
| 51b 11.03.16 | BOA Duke St. branch, Alexandria, VA | TANTUSHYAN | 2475 | $1,400 cash deposit |
| 51c 11.03.16 | BOA Duke St. branch, Alexandria, VA | MOVSISYAN | 7514 | $2,460 cash deposit |
| 51d 11.03.16 | BOA Duke St. branch, Alexandria, VA | MOVSISYAN | 7514 | $1,900 cash deposit |
| 51e 11.03.16 | BOA, Unknown location | L.T. | 9853 | $1,070 cash withdrawal |

52.    On or about November 5, 2016, defendant ROMAN GRIDJUSKO paid $369 for a

room at the Springhill Suites in Alexandria, VA, with his Wells Fargo Debit Card.

53.    On or about November 4, 2016, Viatcheslav Bazaev and unidentified co-conspirators

purchased the following PMOs with cloned cards for accounts with Navy FCU, PNC, Wells

Fargo, and M&T:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 53a 11.04.16 | 10:53/ USPO, Springfield, VA | Viatcheslav Bazaev | Navy FCU, 1414 | #19588625594 for $900 (payee R.R., negotiated 11.13.17) |
| 53b 11.04.16 | 11:59/ Alexandria Main USPO, Alexandria, VA | Unknown | M&T, 7756 | PMO #19547548560 for $500 (payee GRIDJUSKO, negotiated 11.16.16) |
| 53c 11.04.16 | 12:32/ Alexandria-Fairfax USPO, Alexandria, VA | Unknown | M&T, 7756 | Two PMOs, totaling $1,000: #23295035002 for $500 (payee GRIDJUSKO, negotiated 11.16.16); #23295035013 for $500 (payee GRIDJUSKO, negotiated 11.16.16) |
| 53d 11.04.16 | 13:52/ Arlington-Buckingham USPO, Arlington, VA | Unknown | PNC, 8793<br><br>Wells Fargo, 9971 | PMO #2365534774 for $900 (payee MOVSISYAN, negotiated 11.25.16) Three PMOs, totaling $2,500: #23655348516 for $1,000 (payee L.T., negotiated 11.08.16); #23655348527 for $500 (payee L.T., negotiated 11.08.16); #23655348538 for $1,000 (payee M.K., negotiated 12.05.16) |

54.     On or about November 4, 2016, the following transactions were made, using BOA

accounts in the names of defendant HAMLET TANTUSHYAN and L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 54a 11.04.16 | BOA Wilson-Glendale branch, Glendale, CA | TANTUSHYAN | 2475 | Check no. 129, payable to A.T., for $5,500, cashed |
| 54b 11.04.16 | Springhill Suites, Alexandria, VA | TANTUSHYAN | 2475 | Debit card purchase of $1,180 |
| 54c 11.04.16 | American Airlines | TANTUSHYAN | 2475 | Debit card purchase of $562 |
| 54d 11.04.16 | BOA Arlington branch, Arlington, VA | L.T. | 9853 | $7,300 cash deposit |
| 54e 11.04.16 | BOA, Unknown location | L.T. | 9853 | $7,200 cash withdrawal |

55.     On or about November 5, 2016, the following transaction was made, using a BOA

account in the name of defendant HAMLET TANTUSHYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 55a 11.05.16 | BOA Alexandria branch, Alexandria, VA | TANTUSHYAN | 2475 | $2,000 cash deposit |

56.     On or about November 6, 2016, the following transaction was made, using a BOA

account in the name of L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 56a 11.06.16 | BOA Duke St. branch, Alexandria, VA | L.T. | 9853 | $2,960 cash deposit |

57.     On or about November 7, 2016, the following transaction was made, using a BOA

account in the name of defendant VREZH MOVSISYAN:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 57a 11.07.16 | Avis/Budget, Dulles Airport | MOVSISYAN | 7514 | Debit card purchase of $424 |

58.     On or about November 8, 2016, at the BOA Wilson-Glendale branch in Glendale, CA,

the following fraudulently purchased PMOs, totaling approximately $3,000, were deposited into

a BOA account, ending in 9853, in the name of L.T.:

| Overt Act | Post Office location of PMO purchase | Date of PMO Purchase/Purchaser | PMO Number | PMO amount |
|---|---|---|---|---|
| 58a | Frederick , MD | 10.31.16/ Unknown | 19691585550 | $1,000 |
| 58b | Leesburg Downtown Station, Leesburg, VA | 11.01.16/ Unknown | 24102370877 | $1,000 |
| 58c | Ashburn, VA | 11.01.16/ Unknown | 23640244 | $1,000 |

59.     On or about November 9, 2016, the following transaction was made, using a BOA

account in the name of defendant HAMLET TANTUSHYAN:

| Overt Act | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 59a 11.09.16 | Springhill Suites, Alexandria, VA | TANTUSHYAN | 2475 | Debit card purchase of $1,180 |

60.     From on or about November 9, 2016 to on or about November 23, 2016, defendant

ROMAN GRIDJUSKO rented a car from Avis/Budget in Conshohocken, PA, paying $883 for

the rental with his Wells Fargo Debit Card.

61.     On or about November 10, 2016, the following transactions were made, using a BOA

account in the name of L.T.:

| Overt Act/Date | Location | Holder of BOA account | Last four digits of account | Transaction |
|---|---|---|---|---|
| 61a 11.10.16 | BOA Bustleton branch, Philadelphia, PA | L.T. | 9853 | $5,000 cash deposit |
| 61b 11.10.16 | BOA, Unknown location | L.T. | 9853 | $5,000 cash withdrawal |

62.     On or about November 13, 2016, at the Wells Fargo Roosevelt Boulevard branch in

Philadelphia, PA, defendant ROMAN GRIDJUSKO deposited the following fraudulently

purchased PMOs, totaling approximately $2,400, into his Wells Fargo account ending in 4625:

| Overt Act | Post Office location of PMO purchase | Date of PMO Purchase/Purchaser | PMO Number | PMO amount |
|---|---|---|---|---|
| 62a | Federal Station, Newark, DE | 10.31.16/ Unknown | 23069973216 | $400 |
| 62b | Finance Station, Arlington, VA | 11.03.16/ Unknown | 19670921504 | $400 |
| 62c | George Mason Finance Station, Alexandria, VA | 11.04.16/ Unknown | 19567365445 | $500 |

| Overt Act | Post Office location of PMO purchase | Date of PMO Purchase/Purchaser | PMO Number | PMO amount |
|-----------|--------------------------------------|--------------------------------|------------|------------|
| 62d | Springfield-West, Springfield, VA | 11.04.16/ Unknown | 23533015645 | $600 |
| 62e | Jefferson Manor branch, Alexandria, VA | 11.05.16/ Unknown | 24146981223 | $500 |

63.    From on or about November 17, 2016 to on or about November 19, 2016, defendant ROMAN GRIDJUSKO rented a car from Avis/Budget in Conshohocken, PA, paying $167 for the rental with his Wells Fargo Debit Card.

64.    From on or about November 20, 2016 to on or about November 25, 2016, defendant ARMEN SAHAKYAN, using an address in Burbank, CA, rented a car from Avis/Budget at Philadelphia International Airport, paying $421 for the rental with a Chase Visa credit card, ending in 8071.

65.    From on or about November 23, 2016 to on or about December 4, 2016, defendant ROMAN GRIDJUSKO rented cars from Avis/Budget in Conshohocken, PA, paying $1,390 for the rentals with his Wells Fargo Debit Card.

66.    From on or about November 20, 2016 to on or about November 23, 2016, defendants ARMEN SAHAKYAN and ROMAN GRIDJUSKO and Co-Conspirator 2 each paid for, and stayed in, rooms at the Home2Suites hotel, 975 E. Lancaster Ave., Downingtown, PA:

a.    Defendant SAHAKYAN paid $464 for four nights, using a Chase Visa card, ending in 8071;

b.    Co-Conspirator 2 paid $261 in cash for three nights, and provided a Capital One Mastercard, ending in 8604, as security; and

c.    Defendant GRIDJUSKO paid $146 for two nights, using his Wells Fargo Debit Card.

67.     On or about November 21, 2016, defendants ARMEN SAHAKYAN and ROMAN

GRIDJUSKO made the following fraudulent ATM withdrawals with cloned cards for accounts

with Diamond CU, and Bellco CU:

| Overt Act/ Date | Time/Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 67a 11.21.16 | 09:12/ Wawa, 100 Wallace St., Downingtown, PA | SAHAKYAN | Diamond CU, 8004 | Two $500 ATM withdrawals |
| 67b 11.21.16 | 10:49/ Wawa, 1050 West Chester Pike, West Chester, PA | GRIDJUSKO | Diamond CU, 3018 | $500 & $300 ATM withdrawals |
| 67c 11.21.16 | 10:59/ Wawa, 750 N. Pottstown Pike, Exton, PA | SAHAKYAN | Bellco FCU, 5566 | $500 & $100 ATM withdrawals |

68.     On or about November 21, 2016, defendant ARMEN SAHAKYAN purchased the

following PMOs with cloned cards for accounts with Fulton and Vist:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 68a 11.21.16 | 14:40/ USPO, Exton, PA | SAHAKYAN | Vist, 2704 | Two PMOs, totaling $1,960: #24140802666 for $1,000 (payee SAHAKYAN, negotiated 11.28.16); #24140802677 for $960 (payee SAHAKYAN, negotiated 11.28.16) |
| 68b 11.21.16 | 15:06/ USPO, West Chester, PA | SAHAKYAN | Fulton, 7012 | Two PMOs, totaling $1,955: #23962983401 for $1,000 (payee SAHAKYAN, negotiated 11.28.16); #23962983412 for $955 (payee SAHAKYAN, negotiated 11.28.16) |

69.     On or about November 22, 2016, defendant ROMAN GRIDJUSKO and Viatcheslav

Bazaev made the following fraudulent ATM withdrawals with cloned cards for accounts with

Diamond CU and BB&T:

| Overt Act/ Date | Time/Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 69a 11.22.16 | 08:26/ Wawa, 100 Wallace St., Downingtown, PA | Bazaev | Diamond CU, 7021 | $500 & $20 ATM withdrawals |
| 69b 11.22.16 | 11:11/ Wawa, 2 E. Rhoads Ave., West Chester, PA | GRIDJUSKO | Diamond CU, 6001 | $300 & $500 ATM withdrawals |
| 69c 11.22.16 | 11:58/ Wawa, 105 W. King St., Malvern, PA | Bazaev | BB&T, 8356 | $970 ATM withdrawal |
| 69d 11.22.16 | 13:30/ Wawa, 10 Liberty Blvd., Malvern, PA | Bazaev | Diamond CU, 7033 | $200 & $100 ATM withdrawals |

70.    On or about November 22, 2016, defendant ARMEN SAHAKYAN, Viatcheslav

Bazaev and unidentified co-conspirators purchased the following PMOs with cloned cards for

accounts with Santander, Fifth Third, Diamond CU, Eppic, M&T, New Century, and MSD FCU:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 70a 11.22.16 | 11:32/ Malvern-Frazer USPO, Malvern, PA | Bazaev | Santander, 0277 | PMO #23216961565 for $300 (payee SAHAKYAN, negotiated 11.28.16) |
| 70b 11.22.16 | 11:58/ USPO, West Chester, PA | SAHAKYAN | Fifth Third, 8325 | Two PMOs, totaling $1,255: #23962984402 for $1,000 (payee SAHAKYAN, negotiated 11.28.16); #23962984413 for $255 (payee SAHAKYAN, negotiated 11.28.16) |
| 70c 11.22.16 | 12:23/ USPO, Exton, PA | SAHAKYAN | Diamond CU, 0003 | Two PMOs, totaling $1,255: #24140801880 for $1,000; #241408018891 for $255 |
| 70d 11.22.16 | 12:39/ Malvern-Frazer USPO, Malvern, PA | SAHAKYAN | Diamond CU, 0003 | Two PMOs, totaling $1,255: #23216961598 for $1,000 (payee SAHAKYAN, negotiated 11.28.16); #23216961600 for $255 (payee SAHAKYAN, negotiated 11.28.16); |
| 70e 11.22.16 | 14:06/ USPO, Paoli, PA | Unknown | Eppic, 1619 | PMO #22726570678 for $600 (payee H.S., negotiated 11.28.16) |
| 70f 11.22.16 | 14:22, USPO, Berwyn, PA | Unknown | M&T, 9202 | Three PMOs, totaling $1,900: #23660449402 for $1,000 (payee SAHAKYAN, negotiated 11.28.16); #23660449413 for $200 (payee SAHAKYAN, negotiated 11.28.16); #23660449424 for $700 (payee SAHAKYAN, negotiated 11.28.16) |
| 70g 11.22.16 | 14:47/ USPO, Devon, PA | Unknown | New Century, 1910 | PMO #23140498320 for $600 (payee H.S., negotiated 11.28.16) |
| 70h 11.22.16 | 16:19/ USPO, Valley Forge, PA | Unknown | MSD FCU | Two PMOs, totaling $755: #19664345632 for $500 (payee SAHAKYAN, negotiated 11.28.16); #23216961600 for $255 (payee SAHAKYAN, negotiated 11.28.16) |

71.    On or about November 23, 2016, an unidentified co-conspirator purchased the

following PMO with a cloned card for an account with First National:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 71a 11.23.16 | 15:04/ USPO, Plymouth Meeting, PA | Unknown | First National, 6084 | #19639358774 for $600 (payee  H.S., negotiated 11.28.16) |

Case 2:19-cr-00368-PD   Document 43   Filed 06/27/19   Page 31 of 67

72.   On or about November 23, 2016, defendant ROMAN GRIDJUSKO and Viatcheslav

Bazaev made the following fraudulent ATM withdrawals with cloned cards for accounts with

Diamond CU and BB&T:

| Overt Act/ Date | Time/Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 72a 11.23.16 | 09:54/ Wawa, 1050 West Chester Pike, West Chester, PA | GRIDJUSKO | Diamond CU, 1005 Diamond CU,2015 | Two $500 ATM withdrawals Two $500 ATM withdrawals |
| 72b 11.23.16 | 11:10/ Wawa, 1195 Pottstown Pike, West Chester, PA | Bazaev | Riverfront CU, 1641 | $500 ATM withdrawal |

73.   On or about November 28, 2016, at a Wells Fargo branch in Burbank, CA, defendant

ARMEN SAHAKYAN and H.S. deposited the following fraudulently purchased PMOs, totaling

approximately $1,700, into SAHAKYAN's Wells Fargo checking account, ending in 6134:

| Overt Act | Post Office location of PMO purchase | Date of PMO Purchase/Purchaser | PMO Number | PMO amount |
|---|---|---|---|---|
| 73a | Berwyn, PA | 11.22.16/ Unknown | 23660449402 | $1,000 |
| 73b | Berwyn, PA | 11.22.16/ Unknown | 23660449424 | $700 |

74.   On or about November 28, 2016, at a Wells Fargo branch in Burbank, CA, defendant

ARMEN SAHAKYAN and H.S. deposited the following fraudulently purchased PMOs, totaling

approximately $1,800, into H.S.'s Wells Fargo checking account, ending in 7845:

| Overt Act | Post Office location of PMO purchase | Date of PMO Purchase/Purchaser | PMO Number | PMO amount |
|---|---|---|---|---|
| 74a | Plymouth Meeting, PA | 11.23.16/ Unknown | 19639358774 | $600 |
| 74b | Paoli, PA | 11.22.16/ Unknown | 22726570678 | $600 |
| 74c | Devon, PA | 11.22.16/ Unknown | 23140498320 | $600 |

75.   On or about November 28, 2016, immediately after depositing the three fraudulently

purchased PMOs, totaling $1,800, defendant ARMEN SAHAKYAN and H.S. withdrew $1,800

from H.S.'s Wells Fargo account.

76.   From on or about December 4, 2016 to on or about December 10, 2016, defendant

ARMEN SAHAKYAN, using an address in Burbank, CA, rented a car from Avis/Budget at

Philadelphia International Airport, paying $551 for the rental with a Chase Visa credit card,

ending in 0492.

77.   From on or about December 4, 2016 to on or about December 6, 2016, defendant

ROMAN GRIDJUSKO rented a car from Avis/Budget in Conshohocken, PA, returning the car

to Avis/Budget at the Baltimore-Washington Airport, and paying $709 for the rental with his

Wells Fargo Debit Card.

78.   On or about December 5, 2016, unidentified co-conspirators purchased the following

PMOs with cloned cards for accounts with Wells Fargo and Navy FCU:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 78a 12.05.16 | 10:57/ Alexandria-George Mason Finance USPO, Alexandria, VA | Unknown | Navy FCU, 2783 | Three PMOs totaling $2,500: #19567367471 for $1,000, negotiated 12.13.16); #19567367482 for $500 (payee Co. B, negotiated 12.13.16); #19567367493 for $1,000 (payee L.T., negotiated 12.07.16); |
| 78b 12.05.16 | 15:43/ Alexandria-Potomac Finance USPO, Alexandria, VA | Unknown | Navy FCU, 1816

Wells Fargo, 3594 | Two PMOs, totaling $1,100: #195673106580 for $1,000 (payee MOVSISYAN, negotiated 12.16.16); #195673106591 for $100 (payee MOVSISYAN, negotiated 12.16.16) Two PMOs, totaling $1,500: #19567310613 for $500 (payee L.A., negotiated 12.08.16); #19567310624 for $1,000 (payee Co. B, negotiated 12.13.16); |

79.   On or about December 6, 2016, unidentified co-conspirators purchased the following

PMOs with cloned cards for accounts with Wells Fargo:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 79a 12.06.16 | 111:43/ Alexandria Jefferson Manor branch USPO, Alexandria, VA | Unknown | Wells Fargo, 8325 | Three PMOs totaling $2,500: #24146978771 for $1,000, payee H.S., negotiated 12.13.16); #24146978782 for $500 (payee H.S., negotiated 12.13.16); #24146978793 for $1,000 (payee L.A., negotiated 12.08.16); |
| | | | Wells Fargo, 8586 | Two PMOs, totaling $2,000: #24146986127 for $1,000 (payee L.T., negotiated 12.07.16); #24146986138 for $1,000 (payee L.T., negotiated 12.07.16) |
| 79b 12.06.16 | 15:35/ Arlington-Rosslyn Station, Arlington, VA | Unknown | Wells Fargo, 2403 | Three PMOs, totaling $2,500: #23975834141 for $100 (payee Co. B, negotiated 12.13.16); #23975834152 for $500 (payee Co. B, negotiated 12.13.16); #23975834152 for $1,000 (payee L.T., negotiated 12.07.16); |

80.   From on or about December 6, 2016 to on or about December 12, 2016, defendant

ROMAN GRIDJUSKO rented a car from Avis/Budget at the Baltimore-Washington Airport,

returning the car to Avis/Budget in Conshohocken, PA, and paying $709 for the rental with his

Wells Fargo Debit Card.

81.   On or about February 5, 2017, at Payless Rental Car on Byberry Road, Philadelphia,

PA, accompanied by defendants HRACHYA GYULUMYAN and HAMLET TANTUSHYAN,

defendant GEVUSH GABRIELYAN, providing an address in North Hollywood, CA, rented a

green Toyota Corolla and DAVIT DALDUMYAN, providing an address in Van Nuys, CA,

rented a black Toyota Corolla.

82.     On or about February 6, 2017, defendant GEVUSH GABRIELYAN, using the name

Gevush Gabriel, rented rooms 506 and 507 at the Holiday Inn, located at 3327 Street Road,

Bensalem, PA ("the Bensalem Holiday Inn").

83.     On or about February 6, 2017, defendants HAMLET TANTUSHYAN and DAVIT

DALDUMYAN and unidentified co-conspirators purchased the following PMOs with cloned

cards for accounts with CPFCU, M&T, Dexsta FCU, BB&T, and WSFS:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 83a 02.06.17 | 12:50/ Philadelphia-Fairmount USPO, Philadelphia, PA | Unknown | CPFCU, 8749 | Three PMOs totaling $2,500: #24283135721 for $1,000; #24283135732 for $500 negotiated 03.13.17); #24283135743 for $1,000 (payee R.P., negotiated 03.13.17); |
| 83b 02.06.17 | 15:14/ Philadelphia-Snyder Plaza Finance USPO, Philadelphia, PA | TANTUSHYAN DALDUMYAN | M&T, 0421 | Two PMOs, totaling $1,500: #24294132955 for $1,000; #24294132966 for $500 (negotiated 03.13.17) |
| 83c 02.06.17 | 17:14/ Philadelphia-William Penn Annex USPO, Philadelphia, PA | Unknown | Dexsta, 4274  BB&T, 0587  WSFS, 3686 | PMO #242353071975 for $1,000 (payee Tile Co., payor D.S., negotiated 03.13.17); PMO #242353071986 for $1,000 (payee Tile Co., payor D.S., negotiated 03.13.17); PMO #242353071986 for $800 |

84.    On or about February 6, 2017, defendants HAMLET TANTUSHYAN, DAVIT

DALDUMYAN, HRACHYA GYULUMYAN and GEVUSH GABRIELYAN made and

attempted to make the following fraudulent ATM transactions with cloned cards for WSFS

accounts:

| Overt Act/ Date | Time/Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 84a 02.06.17 | 11:13/ 7-11, 1034-38 Washington Ave., Philadelphia, PA | DALDUMYAN/ TANTUSHYAN | WSFS, 8884 WSFS, 1844 WSFS, 0241 | $200, $100 attempted withdrawals $200 attempted withdrawal $400, $200 attempted withdrawals; $60 withdrawal |
| 84b 02.06.17 | 12:55/ Wawa, 3744 Spruce St., Philadelphia, PA | GYULUMYAN | WSFS, 5021 | $400 withdrawal |
| 84c 02.06.17 | 14:47/ Wawa, 1602-04 Delaware Ave., Philadelphia, PA | DALDUMYAN/ TANTUSHYAN | WSFS, 1217 | $100 withdrawal, $500 attempted withdrawal |
| 84d 02.06.17 | BB&T, 101 Ft. Washington Ave., Ft. Washington, PA | GYULUMYAN | WSFS, 0201 | Balance inquiry |
| 84e 02.06.17 | BB&T, 275 W. Moreland Rd., Willow Grove, PA | GABRIELYAN | WSFS, 8213 | $400, $100 attempted withdrawals |

85.    On or about February 7, 2016, an unidentified co-conspirator purchased the following

PMOs with a cloned card for a BB&T account:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 85a 02.07.17 | 12:50/ USPO, Langhorne, PA | Unknown | BB&T, 6551 | Two PMOs totaling $2,000: #23519239086 for $1,000 (payee Tile Co., payor D.S., negotiated 03.13.17); #23519239097 for $1,000 (payee Tile Co., payor D.S., negotiated 03.13.17) |

86.    On or about February 8, 2017, defendants GEVUSH GABRIELYAN and DAVIT

DALDUMYAN and unidentified co-conspirators purchased the following PMOs with cloned

cards for accounts with Wells Fargo:

| Overt Act/ Date | Time/ Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 86a 02.08.17 | 12:01/ USPO, Langhorne, PA | Unknown | Wells Fargo, 9388 | Two PMOs totaling $1,500: #23519230975 for $1,000 #23519230986 for $500 |
| 86b 02.08.17 | 15:09/ Main USPO, Newark, DE | Unknown | Wells Fargo, 2029 Wells Fargo, 9533 | Two PMOs totaling $2,000: #24196368115 for $1,000 #24196359150 for $1,000 |
| 86c 02.08.17 | 15:25/ Federal Station USPO, Newark, DE | GABRIELYAN | Wells Fargo, 3945 | PMO #24147441797 for $1,000 |
| 86d 02.08.17 | 15:34/ Federal Station USPO, Newark, DE | DALDUMYAN | Wells Fargo, 9358 | PMO #24147441808 for $1,000 |

87.   From on or about February 8, 2017 to on or about February 9, 2017, defendant VREZH

MOVSISYAN rented a car from Avis/Budget at Dulles Airport, returning the car to Philadelphia

International Airport and paying $183 for the rental, using his debit card for his BOA account,

ending in 7514.

88.   On or about February 8, 2017, defendants HAMLET TANTUSHYAN, DAVIT

DALDUMYAN, HRCHYA GYULUMYAN, GEVUSH GABRIELYAN and VREZH

MOVSISYAN made the following fraudulent ATM transactions with cloned cards for accounts

with Wells Fargo:

| Overt Act/ Date | Time/Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 88a 02.08.17 | 09:34/ Wells Fargo, 120 N. Pine St., Langhorne, PA | GABRIELYAN | Wells Fargo, 8207 Wells Fargo, 9388 | $180 ATM withdrawal $3,000 Transfer from Savings to Debit |
| 88b 02.08.17 | 10:16/ Wells Fargo, 3625 Horizon Blvd., Trevose, PA | TANTUSHYAN | Wells Fargo, 8560 | $100 ATM withdrawal |
| 88c 02.08.17 | 10:27/ Wells Fargo, 499 S. Oxford Valley Rd., Fairless Hills, PA | GYULUMYAN | Wells Fargo, 9533 | $500 ATM withdrawal |
| 88d 02.08.17 | 15:14/ Wells Fargo, 2450 Glasgow Ave., Newark, DE | TANTUSHYAN | Wells Fargo, 3068 | $300 ATM withdrawal |
| 88e 02.08.17 | 16:26/ Wells Fargo, 2624 Capitol Trail, Newark, DE | GABRIELYAN | Wells Fargo, 0618 | $160 ATM withdrawal |
| 88f 02.08.17 | 17:00/ Wells Fargo, 3215 Old Capitol Trail, Wilmington, DE | GABRIELYAN DALDUMYAN | Wells Fargo, 3129 Wells Fargo, 6226 | $260 ATM withdrawal $40 ATM withdrawal |

| Overt Act/ Date | Time/Location | Conspirator | Bank/credit union, last four digits of card | Fraudulent Transaction |
|---|---|---|---|---|
| 88g 02.08.17 | 18:06/ Wawa, 1 Salem Village Sq., Newark, DE | MOVSISYAN<br><br>TANTUSHYAN | Wells Fargo, 7463<br>Wells Fargo, 7698<br>Wells Fargo, 7465 | $300 ATM withdrawal<br>$300 ATM withdrawal<br>$100 ATM withdrawal |

89.    On or about February 8, 2017, defendants HAMLET TANTUSHYAN, VREZH

MOVSISYAN, HRACHYA GYULUMYAN and DAVIT DALDUMYAN met in Room 506 of

the Bensalem Holiday Inn, in which were located three fraudulently purchased PMOs,

approximately $11,880 in cash, and nine cloned cards.

90.    On or about February 8, 2017, defendant HRACHYA GYULUMYAN possessed 37

cloned cards and approximately $4,756 in cash.

91.    On or about February 8, 2017, defendant GEVUSH GABRIELYAN possessed four

fraudulently purchased PMOs and was in Room 507 of the Bensalem Holiday Inn, in which were

located two fraudulently purchased PMOs, approximately $5,415 in cash and seven cloned cards.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1a, 3 and Overt Acts 3a-c, 4a-b, 10a, 47c, and 48a-e of Count One are incorporated here.

2. From on or about September 13, 2016 to on or about February 8, 2017, in the Eastern District of Pennsylvania and elsewhere, defendants

**HAMLET TANTUSHYAN,**
**VREZH MOVSISYAN,**
**DAVIT DALDUMYAN,**
**HRACHYA GYULUMYAN,**
and
**GEVUSH GABRIELYAN**

knowingly executed, and attempted to execute, and aided and abetted the execution of, a scheme to defraud WSFS Bank ("WSFS"), and to obtain monies owned by and under the care, custody, and control of that bank by means of false and fraudulent pretenses, representations, and promises.

### THE SCHEME

3. It was part of the scheme that:

a. Defendants HAMLET TANTUSHYAN, VREZH MOVSISYAN, DAVIT DALDUMYAN, HRACHYA GYULUMYAN and GEVUSH GABRIELYAN, Co-Conspirator 1, known to the grand jury, and others, known and unknown to the grand jury, obtained WSFS debit card account numbers and Personal Identification Numbers ("PINs") of victims using skimming devices secreted on gas station pumps.

b. The stolen WSFS debit numbers were then encoded onto other access devices ("cloned cards"), and defendants HAMLET TANTUSHYAN, VREZH MOVSISYAN, DAVIT DALDUMYAN, HRACHYA GYULUMYAN and GEVUSH GABRIELYAN then used those

38

cloned cards and PINs to make fraudulent ATM withdrawals from the victims' WSFS bank

accounts and to make fraudulent purchases of United States Postal Money Orders ("PMOs").

4.  For the purpose of executing the scheme described above, and attempting to do so,

and aiding and abetting its execution, defendants HAMLET TANTUSHYAN, VREZH

MOVSISYAN, DAVIT DALDUMYAN, HRACHYA GYULUMYAN and GEVUSH

GABRIELYAN used the fraudulent cloned cards, with the corresponding PIN for each cloned

card, to conduct the following fraudulent ATM withdrawals and purchases of PMOs against the

accounts of WSFS account holders:

| Date | Approximate Time/Location | Conspirator | Last four digits of card | Fraudulent Transaction |
|------|---------------------------|-------------|--------------------------|------------------------|
| 09.13.16 | 11:18/ Wawa ATM, 1 Salem Village Square, Newark, DE | MOVSISYAN, TANTUSHYAN | 8022 | $500 attempted withdrawal, $80 withdrawal |
| 09.13.16 | 11:44/ PNC Bank branch, 4643 Stanton Ogletown Rd., Newark, DE | TANTUSHYAN  MOVSISYAN | 6361  1740 | $500 attempted withdrawal, $500 withdrawal; $500 attempted withdrawal, $500 withdrawal |
| 09.13.16 | 14:39/ USPO, 1704 W. Newport Pike, Wilmington, DE | TANTUSHYAN | 1740 | Purchase of two PMOs totaling $1,400 |
| 09.13.16 | 15:01/ USPO, 3434 Old Capitol Trail, Wilmington, DE | TANTUSHYAN | 6503 | Purchase of three PMOs totaling $2,100 |
| 09.19.16 | 13:18/ Federal Station USPO, Newark, DE | TANTUSHYAN, MOVSISYAN | 7203 | Attempted PMO purchase |
| 02.06.17 | 11:13/ 7-11, 1034-38 Washington Ave., Philadelphia, PA | DALDUMYAN, TANTUSHYAN | 8884 1844 0241 | $200, $100 attempted withdrawals $200 attempted withdrawal $400, $200 attempted withdrawals; $60 withdrawal |
| 02.06.17 | 12:55/ Wawa, 3744 Spruce St., Philadelphia, PA | GYULUMYAN | 5021 | $400 withdrawal |
| 02.06.17 | 14:47/ Wawa, 1602-04 Delaware Ave., Philadelphia, PA | DALDUMYAN, TANTUSHYAN | 1217 | $100 withdrawal, $500 attempted withdrawal |
| 02.06.17 | BB&T, 275 W. Moreland Rd., Willow Grove, PA | GABRIELYAN | 8213 | $400, $100 attempted withdrawals |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1b, 3 and 4 and Overt Acts 4a, 4c, 10a, and 47b of Count One are incorporated here.

2. From on or about September 13, 2016 to on or about February 6, 2017, in the Eastern District of Pennsylvania and elsewhere, defendants

**HAMLET TANTUSHYAN,**
**VREZH MOVSISYAN,**
**and**
**DAVIT DALDUMYAN**

knowingly executed, and attempted to execute, and aided and abetted the execution of, a scheme to defraud M&T Bank ("M&T"), and to obtain monies owned by and under the care, custody, and control of that bank by means of false and fraudulent pretenses, representations, and promises.

### THE SCHEME

3. It was part of the scheme that:

a. Defendants HAMLET TANTUSHYAN, VREZH MOVSISYAN and DAVIT DALDUMYAN, Co-Conspirator 1, known to the grand jury, and others, known and unknown to the grand jury, obtained M&T debit card account numbers and Personal Identification Numbers ("PINs") of victims using skimming devices secreted on gas station pumps.

b. The stolen M&T debit numbers were then encoded onto other access devices ("cloned cards"), and defendants HAMLET TANTUSHYAN, VREZH MOVSISYAN and DAVIT DALDUMYAN then used those cloned cards and PINs to make fraudulent ATM withdrawals from the victims' M&T bank accounts and to make fraudulent purchases of United States Postal Money Orders ("PMOs").

40

4. For the purpose of executing the scheme described above, and attempting to do so, and aiding and abetting its execution, defendants HAMLET TANTUSHYAN, VREZH MOVSISYAN and DAVIT DALDUMYAN used the fraudulent cloned cards, with the corresponding PIN for each cloned card, to conduct the following purchases of PMOs against the accounts of M&T account holders:

| Date | Time/ Location | Conspirator | Last four digits of card | Fraudulent Transaction |
|------|----------------|-------------|--------------------------|------------------------|
| 09.13.16 | 14:39/ USPO, 1704 W. Newport Pike, Wilmington, DE | MOVSISYAN | 5050 | Purchase of two PMOs totaling $1,500 |
| 09.19.16 | 13:18/ Federal Station USPO, Newark, DE | TANTUSHYAN, MOVSISYAN | 8618 | Purchase of four PMOs, totaling $2,800 |
| 02.06.17 | 15:14/ Philadelphia-Snyder Plaza Finance USPO, Philadelphia, PA | TANTUSHYAN, DALDUMYAN | 0421 | Purchase of two PMOs, totaling $1,500 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

41

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1c, 3 and 4 and Overt Acts 5a-b and 7a of Count One are incorporated here.

2. From on or about September 13, 2016 to on or about September 15, 2016, in the Eastern District of Pennsylvania and elsewhere, defendants

**HAMLET TANTUSHYAN,**
**and**
**VREZH MOVSISYAN**

knowingly executed, and attempted to execute, and aided and abetted the execution of, a scheme to defraud PNC Bank ("PNC"), and to obtain monies owned by and under the care, custody, and control of that bank by means of false and fraudulent pretenses, representations, and promises.

### THE SCHEME

3. It was part of the scheme that:

a. Defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN, Co-Conspirator 1, known to the grand jury, and others, known and unknown to the grand jury, obtained PNC debit card account numbers and Personal Identification Numbers ("PINs") of victims using skimming devices secreted on gas station pumps.

b. The stolen PNC debit numbers were then encoded onto other access devices ("cloned cards"), and, defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN then used those cloned cards and PINs to make fraudulent ATM withdrawals from the victims' PNC bank accounts and to make fraudulent purchases of United States Postal Money Orders ("PMOs").

4. For the purpose of executing the scheme described above, and attempting to do so, and aiding and abetting its execution, defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN used the fraudulent cloned cards, with the corresponding PIN for each cloned card, to conduct the following fraudulent ATM withdrawals and purchases of PMOs against the accounts of PNC account holders:

| Date | Time/ Location | Conspirator | Last four digits of card | Fraudulent Transaction |
|------|---------------|-------------|--------------------------|------------------------|
| 09.14.16 | 13:50/ Federal Station USPO, Newark, DE | TANTUSHYAN<br><br>MOVSISYAN | 1692<br><br>8723 | Purchase of two PMOs, totaling $1,400<br><br>Purchase of two PMOs, totaling $1,500 |
| 09.15.16 | 12:11/ Wawa, 207 N. Henderson Rd., King of Prussia, PA | MOVSISYAN, TANTUSHYAN | 1614 | $500 withdrawal |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1y, 3 and 4 and Overt Act 29a of Count One are incorporated here.

2. From on or about September 27, 2016 to on or about September 28, 2016, in the Eastern District of Pennsylvania, defendants

**HAMLET TANTUSHYAN,**
**and**
**VREZH MOVSISYAN**

knowingly executed, and attempted to execute, and aided and abetted the execution of, a scheme to defraud TD Bank ("TD"), and to obtain monies owned by and under the care, custody, and control of that bank by means of false and fraudulent pretenses, representations, and promises.

**THE SCHEME**

3. It was part of the scheme that:

a. Defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN, Co-Conspirator 1, known to the grand jury, and others, known and unknown to the grand jury, obtained a TD debit card account number and Personal Identification Numbers ("PIN") of a victim using a skimming device secreted on a gas station pump.

b. The stolen TD debit number was then encoded onto another access device ("cloned card"), and, defendants HAMLET TANTUSHYAN and VREZH MOVSISYAN then used the cloned card and PIN to make fraudulent ATM withdrawals from the victim's TD bank account.

4. For the purpose of executing the scheme described above, and attempting to do so, and aiding and abetting its execution, defendants HAMLET TANTUSHYAN and VREZH

44

MOVSISYAN used the fraudulent cloned card, with the corresponding PIN, to conduct the

following fraudulent ATM withdrawals against the account of a TD account holder:

| Date | Time/ Location | Conspirator | Last four digits of card | Fraudulent Transaction |
|------|----------------|-------------|--------------------------|------------------------|
| 09.27.16 | 13:15/ Wawa, 14010 Bustleton Pike, Philadelphia, PA | TANTUSHYAN, MOVSISYAN | 8842 | Two ATM withdrawals: $500, $200 |
| 09.28.16 | 08:54/ Wawa, 3620 Street Rd., Bensalem, PA | TANTUSHYAN, MOVSISYAN | 8842 | Two ATM withdrawals: $500, $200 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1d, 3 and 4 and Overt Acts 17a, 50a-d, and 52a-g of Count One are incorporated here.

2. From on or about September 26, 2016 to on or about February 8, 2017, in the Eastern District of Pennsylvania and elsewhere, defendants

**HAMLET TANTUSHYAN,**
**VREZH MOVSISYAN,**
**DAVIT DALDUMYAN,**
**HRACHYA GYULUMYAN,**
**and**
**GEVUSH GABRIELYAN**

knowingly executed, and attempted to execute, and aided and abetted the execution of, a scheme to defraud Wells Fargo Bank ("Wells Fargo"), and to obtain monies owned by and under the care, custody, and control of that bank by means of false and fraudulent pretenses, representations, and promises.

### THE SCHEME

3. It was part of the scheme that:

a. Defendants HAMLET TANTUSHYAN, VREZH MOVSISYAN, DAVIT DALDUMYAN, HRACHYA GYULUMYAN and GEVUSH GABRIELYAN, Co-Conspirator 1, known to the grand jury, and others, known and unknown to the grand jury, obtained Wells Fargo debit card account numbers and Personal Identification Numbers ("PINs") of victims using skimming devices secreted on gas station pumps.

b. The stolen Wells Fargo debit numbers were then encoded onto other access devices ("cloned cards"), and defendants HAMLET TANTUSHYAN, VREZH MOVSISYAN, DAVIT DALDUMYAN, HRACHYA GYULUMYAN and GEVUSH GABRIELYAN then used

those cloned cards and PINs to make fraudulent ATM withdrawals from the victims' Wells

Fargo bank accounts and to make fraudulent purchases of United States Postal Money Orders

("PMOs").

    4. For the purpose of executing the scheme described above, and attempting to do so,

and aiding and abetting its execution, defendants HAMLET TANTUSHYAN, VREZH

MOVSISYAN, DAVIT DALDUMYAN, HRACHYA GYULUMYAN and GEVUSH

GABRIELYAN used the fraudulent cloned cards, with the corresponding PIN for each cloned

card, to conduct the following fraudulent ATM withdrawals and purchases of PMOs against the

accounts of Wells Fargo account holders:

| Date | Time/ Location | Conspirator | Last four digits of card | Fraudulent Transaction |
|------|----------------|-------------|--------------------------|------------------------|
| 09.26.16 | 13:26/ Rodney Square USPO, Wilmington, DE | TANTUSHYAN, MOVSISYAN | 9851 | PMO #23491162956 for $800 |
| 02.08.17 | 10:16/ Wells Fargo, 3625 Horizon Blvd., Trevose, PA | TANTUSHYAN | 8560 | $100 ATM withdrawal |
| 02.08.17 | 15:25/ Federal Station USPO, Newark, DE | GABRIELYAN | 3945 | PMO #24147441797 for $1,000 |
| 02.08.17 | 15:34/ Federal Station USPO, Newark, DE | DALDUMYAN | 9358 | PMO #24147441808 for $1,000 |
| 02.08.17 | 09:34/ Wells Fargo, 120 N. Pine St., Langhorne, PA | GABRIELYAN | 8207 9388 | $180 ATM withdrawal $3,000 Transfer from Savings to Debit |
| 02.08.17 | 10:27/ Wells Fargo, 499 S. Oxford Valley Rd., Fairless Hills, PA | GYULUMYAN | 9533 | $500 ATM withdrawal |
| 02.08.17 | 15:14/ Wells Fargo, 2450 Glasgow Ave., Newark, DE | TANTUSHYAN | 3068 | $300 ATM withdrawal |
| 02.08.17 | 16:26/ Wells Fargo, 2624 Capitol Trail, Newark, DE | GABRIELYAN | 0618 | $160 ATM withdrawal |
| 02.08.17 | 17:00/ Wells Fargo, 3215 Old Capitol Trail, Wilmington, DE | GABRIELYAN DALDUMYAN | 3129 6226 | $260 ATM withdrawal $40 ATM withdrawal |
| 02.08.17 | 18:06/ Wawa, 1 Salem Village Sq., Newark, DE | MOVSISYAN TANTUSHYAN | 7463 7698 7465 | $300 ATM withdrawal $300 ATM withdrawal $100 ATM withdrawal |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

  1. Paragraphs 1e, 3 and 4 and Overt Acts 33a and 36c-d of Count One are incorporated

here.

  2. On or about November 21, 2016, in the Eastern District of Pennsylvania, defendant

### ARMEN SAHAKYYAN

knowingly executed, and attempted to execute, and aided and abetted the execution of, a scheme

to defraud Diamond Credit Union ("Diamond CU"), and to obtain monies owned by and under

the care, custody, and control of that bank by means of false and fraudulent pretenses,

representations, and promises.

### THE SCHEME

  3. It was part of the scheme that:

  a. Defendant ARMEN SAHAKYAN and Co-Conspirator 1, known to the grand

jury, and others, known and unknown to the grand jury, obtained the Diamond CU debit card

account numbers and Personal Identification Numbers ("PINs") of victims using a skimming

devices secreted on a gas station pump.

  b. The stolen Diamond CU debit numbers were then encoded onto another access

device ("cloned cards"), and defendant SAHAKYAN then used that cloned cards and PINs to

make fraudulent ATM withdrawals from the victims' Wells Fargo bank accounts and fraudulent

purchases of United States Postal Money Orders ("PMOs").

  4. For the purpose of executing the scheme described above, and attempting to do so,

and aiding and abetting its execution, defendant ARMEN SAHAKYAN used the fraudulent

cloned cards, with the PINs for the cloned cards, to make the following fraudulent ATM

withdrawals and purchases of PMOs against the accounts of Diamond CU account holders:

| Date | Time/Location | Conspirator | Last four digits of card | Fraudulent Transaction |
|------|---------------|-------------|--------------------------|------------------------|
| 11.21.16 | 09:12/ Wawa, 100 Wallace St., Downingtown, PA | SAHAKYAN | 8004 | Two $500 ATM withdrawals |
| 11.22.16 | 12:23/ USPO, Exton, PA | SAHAKYAN | 0003 | Purchase of two PMOs, totaling $1,255 |
| 11.22.16 | 12:39/ Malvern-Frazer USPO, Malvern, PA | SAHAKYAN | 0003 | Purchase of two PMOs, totaling $1,255 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1f, 3 and 4 and Overt Act 34a of Count One are incorporated here.

2. On or about November 21, 2016, in the Eastern District of Pennsylvania, defendant

### ARMEN SAHAKYYAN

knowingly executed, and attempted to execute, and aided and abetted the execution of, a scheme to defraud Vist Bank ("Vist"), and to obtain monies owned by and under the care, custody, and control of that bank by means of false and fraudulent pretenses, representations, and promises.

### THE SCHEME

3. It was part of the scheme that:

   a. Defendant ARMEN SAHAKYAN and Co-Conspirator 1, known to the grand jury, and others, known and unknown to the grand jury, obtained the Vist debit card account number and Personal Identification Number ("PIN") of a victim using a skimming device secreted on a gas station pump.

   b. The stolen Vist debit number was then encoded onto another access device ("cloned card"), and defendant SAHAKYAN then used that cloned card and PIN to make a fraudulent purchase of United States Postal Money Orders ("PMOs").

4. For the purpose of executing the scheme described above, and attempting to do so, and aiding and abetting its execution, defendant ARMEN SAHAKYAN used the fraudulent cloned card, with the PIN for the cloned card, to make the following fraudulent purchase of PMOs against the account of a Vist account holder:

| Date | Time/ Location | Conspirator | Last four digits of card | Fraudulent Transaction |
|------|----------------|-------------|--------------------------|------------------------|
| 11.21.16 | 10:14:40/ USPO, Exton, PA | SAHAKYAN | 2704 | Purchase of two PMOs, totaling $1,960 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1g, 3 and 4 and Overt Act 34b of Count One are incorporated here.

2. On or about November 21, 2016, in the Eastern District of Pennsylvania, defendant

### ARMEN SAHAKYYAN

knowingly executed, and attempted to execute, and aided and abetted the execution of, a scheme to defraud Fulton Bank ("Fulton"), and to obtain monies owned by and under the care, custody, and control of that bank by means of false and fraudulent pretenses, representations, and promises.

### THE SCHEME

3. It was part of the scheme that:

a. Defendant ARMEN SAHAKYAN and Co-Conspirator 1, known to the grand jury, and others, known and unknown to the grand jury, obtained the Fulton debit card account number and Personal Identification Number ("PIN") of a victim from a skimming device secreted on a gas station pump.

b. The stolen Fulton debit number was then encoded onto another access device ("cloned card"), and defendant SAHAKYAN then used that cloned card and PIN to make a fraudulent purchase of United States Postal Money Orders ("PMOs").

4. For the purpose of executing the scheme described above, and attempting to do so, and aiding and abetting its execution, defendant ARMEN SAHAKYAN used the fraudulent cloned card, with the PIN for the cloned card, to make the following fraudulent purchase of PMOs against the account of a Fulton account holder:

| Date | Time/ Location | Conspirator | Last four digits of card | Fraudulent Transaction |
|------|----------------|-------------|--------------------------|------------------------|
| 11.21.16 | 15:06/ USPO, West Chester, PA | SAHAKYAN | 7012 | Purchase of two PMOs, totaling $1,955 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

<u>COUNT TEN</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1g, 3 and 4 and Overt Act 36b of Count One are incorporated here.

2. On or about November 21, 2016, in the Eastern District of Pennsylvania, defendant

**ARMEN SAHAKYYAN**

knowingly executed, and attempted to execute, and aided and abetted the execution of, a scheme to defraud Fifth Third Bank ("Fifth Third"), and to obtain monies owned by and under the care, custody, and control of that bank by means of false and fraudulent pretenses, representations, and promises.

**THE SCHEME**

3. It was part of the scheme that:

a. Defendant ARMEN SAHAKYAN and Co-Conspirator 1, known to the grand jury, and others, known and unknown to the grand jury, obtained the Fifth Third debit card account number and Personal Identification Number ("PIN") of a victim using a skimming device secreted on a gas station pump.

b. The stolen Fifth Third debit number was then encoded onto another access device ("cloned card"), and defendant SAHAKYAN then used that cloned card and PIN to make a fraudulent purchase of United States Postal Money Orders ("PMOs").

4. For the purpose of executing the scheme described above, and attempting to do so, and aiding and abetting its execution, defendant ARMEN SAHAKYAN used the fraudulent cloned card, with the PIN for the cloned card, to make the following fraudulent purchase of PMOs against the account of a Fifth Third account holder:

| Date | Time/ Location | Conspirator | Last four digits of card | Fraudulent Transaction |
|------|----------------|-------------|--------------------------|------------------------|
| 11.22.16 | 11:58/ USPO, West Chester, PA | SAHAKYAN | 8325 | Purchase of two PMOs, totaling $1,255 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 8, 2017, in Bensalem, Pennsylvania, in the Eastern District of

Pennsylvania, defendant

### HRACHYA GYULUMYAN

knowingly and with the intent to defraud, possessed fifteen or more counterfeit access devices,

thereby affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(3).

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 28, 2016, in the Eastern District of Pennsylvania, defendants

**HAMLET TANTUSHYAN**
**and**
**VREZH MOVSISYAN**

knowingly and without lawful authority, possessed a means of identification of another person,

that is, the TD debit card number and Personal Identification Number of R.C., during and in

relation to bank fraud, a felony in violation of Title 18 United States Code, Section 1344.

In violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(5).

## COUNT THIRTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 8, 2017, in the Eastern District of Pennsylvania, defendant

**HAMLET TANTUSHYAN**

knowingly and without lawful authority, possessed a means of identification of another person,

that is, the Wells Fargo debit card number, ending in 8560, and Personal Identification Number

of J.B., during and in relation to bank fraud, a felony in violation of Title 18 United States Code,

Section 1344.

In violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(5).

## COUNTS FOURTEEN THROUGH SEVENTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 6, 2017, in the Eastern District of Pennsylvania, defendants

### HAMLET TANTUSHYAN
### and
### DAVIT DALDUMYAN

knowingly and without lawful authority, possessed, and aided and abetted the possession of, a

means of identification of another person, that is, the debit card number and Personal

Identification Number of the persons indicated below, each person constituting a separate count,

during and in relation to bank fraud, a felony in violation of Title 18 United States Code, Section

1344:

| COUNT | ACCOUNT HOLDER/ LAST FOUR DIGITS OF DEBT CARD | FINANCIAL INSTITUTION |
|-------|------------------------------------------------|------------------------|
| 14 | A.H./0421 | M&T Bank |
| 15 | C.T./8884 | WSFS Bank |
| 16 | E.H./0241 | WSFS Bank |
| 17 | P.S./1217 | WSFS Bank |

In violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(5) and 2.

## COUNTS  EIGHTEEN THROUGH TWENTY-TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 21, 2016, in the Eastern District of Pennsylvania, defendant

**ARMEN SAHAKYAN**

knowingly and without lawful authority, possessed a means of identification of another person,

that is, the debit card number and Personal Identification Number of the persons indicated below,

each person constituting a separate count, during and in relation to bank fraud, a felony in

violation of Title 18 United States Code, Section 1344:

| COUNT | ACCOUNT HOLDER/ LAST FOUR DIGITS OF DEBT CARD | FINANCIAL INSTITUTION |
|-------|-----------------------------------------------|------------------------|
| 18 | M.P./8004 | Diamond Credit Union |
| 19 | D.G./2704 | Vist Bank |
| 20 | B.Z./7012 | Fulton Bank |
| 21 | R.B./8325 | Fifth Third Bank |
| 22 | E.R./0003 | Diamond CU Credit Union |

In violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(5).

## COUNTS TWENTY-THREE THROUGH TWENTY-FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 6, 2017, in the Eastern District of Pennsylvania, defendant

**HRACHYA GYULUMYAN**

knowingly and without lawful authority, possessed a means of identification of another person,

that is, the debit card number and Personal Identification Number of the persons indicated below,

each person constituting a separate count, during and in relation to bank fraud, a felony in

violation of Title 18 United States Code, Section 1344:

| COUNT | ACCOUNT HOLDER/ LAST FOUR DIGITS OF DEBT CARD | FINANCIAL INSTITUTION |
|-------|-----------------------------------------------|-----------------------|
| 23    | J.S./5021                                     | WSFS Bank             |
| 24    | R.B./9533                                     | Wells Fargo Bank      |

In violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(5).

61

## <u>COUNTS  TWENTY-FIVE THROUGH TWENTY-SEVEN</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the dates listed below, in the Eastern District of Pennsylvania, defendant

### GEVUSH GABRIELYAN

knowingly and without lawful authority, possessed a means of identification of another person,

that is, the debit card number and Personal Identification Number of the persons indicated below,

each person constituting a separate count, during and in relation to bank fraud, a felony in

violation of Title 18 United States Code, Section 1344:

| <u>COUNT</u> | <u>DATE</u> | <u>ACCOUNT HOLDER/ LAST FOUR DIGITS OF DEBT CARD</u> | <u>FINANCIAL INSTITUTION</u> |
|---|---|---|---|
| 25 | 02.06.17 | G.T./8213 | WSFS Bank |
| 26 | 02.08.17 | T.K./8207 | Wells Fargo Bank |
| 27 | 02.08.17 | D.H./9388 | Wells Fargo Bank |

In violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(5).

## COUNT TWENTY-EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1, 3 and 4 of Count One of this indictment are incorporated here.

2. From on or about September 12, 2016 to on or about November 28, 2016, in the Eastern District of Pennsylvania and elsewhere, defendants

**HAMLET TANTUSHYAN,**
**VREZH MOVSISYAN,**
**ROMAN GRIDJUSKO,**
**and**
**ARMEN SAHAKYAN**

knowingly conspired and agreed, together and with others known and unknown to the grand jury, to commit offenses under Title 18, United States Code, Section 1956(a)(1)(B)(i) and 2, that is, to conduct, attempt to conduct, or aid and abet the conducting of, financial transactions involving proceeds of a specified unlawful activity, that is, bank fraud, in violation of Title 18, United States Code, Section 1344, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, with the intent to conceal and disguise the nature, location, source, ownership and control of the proceeds of such specified unlawful activity.

All in violation of Title 18, United States Code, Section 1956(h).

## NOTICE OF FORFEITURE #1

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      As a result of the violations of Title 18, United States Code, Sections 371 and 1344,

as set forth in this Indictment, defendants

**HAMLET TANTUSHYAN,
VREZH MOVSISYAN,
ROMAN GRIDJUSKO,
ARMEN SAHAKYAN,
DAVIT DALDUMYAN,
HRACHYA GYULUMYAN,
and
GEVUSH GABRIELYAN**

shall forfeit to the United States of America any property constituting, or derived from, proceeds

obtained directly or indirectly from such offenses as charged in this Indictment.

2.      If any of the property subject to forfeiture, as a result of any act or omission of the

defendants:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided without

        difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b),

incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(2)(A).

<u>**NOTICE OF FORFEITURE #2**</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      As a result of the violation of Title 18, United States Code, Section 1956(h), as set

forth in this Indictment, defendants

**HAMLET TANTUSHYAN,
VREZH MOVSISYAN,
ROMAN GRIDJUSKO,
and
ARMEN SAHAKYAN**

shall forfeit to the United States of America any property, real or personal, involved in such

violation or any property traceable to such property.

2.      If any of the property subject to forfeiture, as a result of any act or omission of the

defendants:

      (a)     cannot be located upon the exercise of due diligence;

      (b)     has been transferred or sold to, or deposited with, a third party;

      (c)     has been placed beyond the jurisdiction of the Court;

      (d)     has been substantially diminished in value; or

      (e)     has been commingled with other property which cannot be divided without

           difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(a),

incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(1).


A TRUE BILL:


_____

**GRAND JURY FOREPERSON**


*Denise Wolf for*

**WILLIAM M. McSWAIN**
**United States Attorney**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the
purpose of assignment to appropriate calendar.                    19 cr 368

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia                        County:   Philadelphia

City and State of Defendant:   See reverse

County:  See reverse                      Register number:  See reverse

Place of accident, incident, or transaction:        Eastern District of Pennsylvania

Post Office: Philadelphia                        County:   Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

> Does this case involve a defendant or defendants alleged to have participated in the same
> action or transaction, or in the same series of acts or transactions, constituting an offense
> or offenses?

YES/NO: Y

Case Number:  17-421 & 19-236            Judge: Diamond

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.          ○  Antitrust

2.          ○  Income Tax and other Tax Prosecutions

3.          ○  Commercial Mail Fraud

4.          ○  Controlled Substances

5.          ○  Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68)
             and Mail Fraud other than commercial

6.          ◉  General Criminal

(U.S ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED
AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

18 U.S.C. § 371 (conspiracy – 1 count); 18 U.S.C. § 1344 (bank fraud – 8 counts); 18 U.S.C. §
1029(a)(3)(possession of 15 or more unauthorized access devices – 1 count); 18 U.S.C.
§ 1028A (aggravated identity theft 15 counts); 18 U.S.C. § 1956(h)(conspiracy to commit money
laundering – 1 count); Aiding and abetting; Notices of forfeiture

DATE: 6/27/19                    _K.T. Newton_
                                K.T. NEWTON
                                Assistant United States Attorney

File No. 2019R00458
U.S. v. Hamlet Tantushyan, et al.

Hamlet Tantushyan
Glendale, CA
Los Angeles County

Vrezh Movsisyan
Glendale, CA
Los Angeles County

Roman Gridjusko
Philipsburg, PA
Centre County

Armen Sahakhyan
Burbank, CA
Los Angeles County

Davit Daldumyan
Van Nuys, CA
Los Angeles County

Hrachya Gyulumyan
Sun Valley, CA
Los Angeles County

Gevush Gabrielyan
North Hollywood, CA
Los Angeles County